Fill in this information to identify the case:

United States Bankruptcy Court for the:

Northern District of Georgia

Case number (*If known*): _____    Chapter __11__

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. **Debtor's name** | Global Concessions Inc. | |
| 2. **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names, and *doing business as* names | GCI | |
| 3. **Debtor's federal Employer Identification Number** (EIN) | 58-1914731 | |
| 4. **Debtor's address** | **Principal place of business** <br> 1693 Washington Road <br> Number    Street <br><br> Atlanta    GA    30344 <br> City    State    ZIP Code <br><br> Fulton County <br> County | **Mailing address, if different from principal place of business** <br> P.O. Box 20905 <br> Number    Street <br><br> P.O. Box <br><br> Atlanta    GA    30320 <br> City    State    ZIP Code <br><br> **Location of principal assets, if different from principal place of business** <br> 6000 N Terminal Pkwy <br> Number    Street <br><br> Atlanta    GA    30320 <br> City    State    ZIP Code |
| 5. **Debtor's website** (URL) | http://www.globalconcessions.com | |
| 6. **Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership (excluding LLP) <br> ☐ Other. Specify: _____ | |

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 1

Debtor  **Global Concessions Inc.** _____  Case number (*if known*)_____
       Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .

7223

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
☑ Chapter 11. *Check all that apply:*

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No
☐ Yes.  District _____  When _____  Case number _____
                                     MM / DD / YYYY
        District _____  When _____  Case number _____
                                     MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No
☐ Yes.  Debtor _____  Relationship _____
        District _____  When _____
                                                       MM / DD / YYYY
        Case number, if known _____

Official Form 201                Voluntary Petition for Non-Individuals Filing for Bankruptcy                page **2**

Debtor    Global Concessions Inc.                                    Case number (*if known*)_____
          Name

| 11. | **Why is the case filed in *this district*?** | *Check all that apply:*<br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
|---|---|---|
| 12. | **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br>☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br><br>**Why does the property need immediate attention?** (*Check all that apply.*)<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>    What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br><br>Where is the property?_____<br>                        Number        Street<br>_____<br>_____<br>City                                             State    ZIP Code<br><br>**Is the property insured?**<br>☐ No<br>☐ Yes. Insurance agency _____<br>         Contact name _____<br>         Phone _____ |

### Statistical and administrative information

| 13. | **Debtor's estimation of available funds** | *Check one:*<br>☑ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
|---|---|---|
| 14. | **Estimated number of creditors** | ☐ 1-49         ☐ 1,000-5,000      ☐ 25,001-50,000<br>☐ 50-99        ☐ 5,001-10,000     ☐ 50,001-100,000<br>☑ 100-199      ☐ 10,001-25,000    ☐ More than 100,000<br>☐ 200-999 |
| 15. | **Estimated assets** | ☐ $0-$50,000             ☐ $1,000,001-$10 million       ☐ $500,000,001-$1 billion<br>☐ $50,001-$100,000        ☑ $10,000,001-$50 million      ☐ $1,000,000,001-$10 billion<br>☐ $100,001-$500,000       ☐ $50,000,001-$100 million     ☐ $10,000,000,001-$50 billion<br>☐ $500,001-$1 million     ☐ $100,000,001-$500 million    ☐ More than $50 billion |

Official Form 201                 Voluntary Petition for Non-Individuals Filing for Bankruptcy                 page **3**

Debtor __Global Concessions Inc._____     Case number (*if known*)_____
      Name

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☑ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  04/02/2025
           MM / DD / YYYY

✘ /s/ Terrance D. Harps                            Terrance D. Harps
Signature of authorized representative of debtor    Printed name

Title  President & Chairman

**18. Signature of attorney**

✘ /s/ Benjamin Keck                                Date  04/02/2025
Signature of attorney for debtor                          MM / DD / YYYY

Benjamin Keck
Printed name

Keck Legal, LLC
Firm name

2801 Buford Highway NE Suite 115
Number      Street

Atlanta                                            GA            30329
City                                               State         ZIP Code

4708266020                                         bkeck@kecklegal.com
Contact phone                                      Email address

943504                                             GA
Bar number                                         State

Official Form 201             Voluntary Petition for Non-Individuals Filing for Bankruptcy              page 4

Fill in this information to identify the case:

Debtor name: Global Concessions Inc.

United States Bankruptcy Court for the: Northern District of Georgia

Case number (If known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | City of Atlanta - DOA<br>P.O. Box 920500<br>Atlanta, GA, 30392-0500 | nidia.farnum@atl.com | Rent | | | | 4,596,000.00 |
| 2 | HMS Host<br>6705 Rockledge Drive<br>Bethesda, MD, 20817 | derryl.Bentam@hmshost.com | Guaranteed Debt | | | | 2,418,467.00 |
| 3 | U.S. Small Business Administration<br>2 North Street<br>Suite 320<br>Birmingham, AL, 35203 | vivieon.jones@usdoj.gov | PPP | | | | 1,406,969.00 |
| 4 | Eric Sloan<br>1392 Benteen Park Drive, SE<br>Atlanta, GA, 30315 | eric.sloan.jr@gmail.com | 3 W/C Loans - Unsecured | | | | 750,000.00 |
| 5 | PFG<br>3500 Old Oakwood Road<br>Oakwood, GA, 30566 | jeremy.taylor2@pfgc.com | Food Vendor | | | | 653,979.00 |
| 6 | Michael Gaillard<br>3671 Strath Drive<br>Alpharetta, GA, 30005 | mike.gaillard@yahoo.com | Loans-Unsecured | | | | 275,000.00 |
| 7 | AATC<br>P.O. Box 82915<br>Atlanta, GA, 30354 | kgreen@aatc.org | Utilities | | | | 230,000.00 |
| 8 | PWH Mechanical, Inc.<br>472 Circle 85 Street<br>Atlanta, GA, 30349 | theardpwh@aol.com | Repairs and Maintenance | | | | 223,243.00 |

Debtor  Global Concessions Inc.    Case number (*if known*)_____
            ——————————————————
            Name

| # | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|---|
| 9 | Georgia Department of Revenue<br>1800 Century Center Boulevard<br>Suite 12000<br>Atlanta, GA, 30345-3209 | gtc.dor.ga.gov | Taxes & Other Government Units | | | | 148,000.00 |
| 10 | Thompson Hine<br>3560 Lenox Road<br>Atlanta, GA, 30326 | michael.coleman@thompsonhine.com | Legal Services | | | | 75,000.00 |
| 11 | Bailey International<br>3312-B N. Berkeley Lake Road<br>Duluth, GA, 30096 | xwang@bailyatl.com | Food Vendor | | | | 50,000.00 |
| 12 | Royal Foods<br>P.O. Box 162389<br>Atlanta, GA, 30321 | bbratteri@royalfoodservice.com | Food Vendor | | | | 50,000.00 |
| 13 | James Gray LLC<br>3747 Wartrace Drive<br>Atlanta, GA, 30331 | james.gray@georgiamsp.com | IT Contractor | | | | 50,000.00 |
| 14 | Severn Gainer<br>167 Trinity Avenue<br>Atlanta, GA, 30303 | atfnmg@aol.com | Loan-Unsecured | | | | 30,000.00 |
| 15 | McGriff<br>P.O. Box 11407<br>Birmingham, AL, 35246 | dthompson@mcgriff.com | Bonds | | | | 26,306.00 |
| 16 | Coca-Cola<br>P.O. Box 102703<br>Atlanta, GA, 30368 | tamararochell@ccbco.com | Drink Vendor | | | | 22,000.00 |
| 17 | Coffee Beanery<br>3429 Pierson Place<br>Flushing, MI, 48433 | janniferk@coffeebeanery.com | Food Products | | | | 21,000.00 |
| 18 | American Express<br>P.O. Box 360001<br>Los Angeles, CA, 90096 | corporatesecretarysoffice@aexp.com | Credit Card Debt | | | | 20,000.00 |
| 19 | Cornerstone Insurance<br>15915 Katy Freeway<br>Suite 210<br>Houston, TX, 77094 | oyoung@cprtpa.com | Insurance | | | | 17,500.00 |
| 20 | Cincinnati Insurance<br>P.O. Box 145620<br>Cincinnati, OH, 45250 | Kerrie.cox@bbrown.com | Insurance | | | | 16,500.00 |

United States Bankruptcy Court

Northern District of Georgia

In re: Global Concessions Inc.

Case No.

Chapter   11

Debtor(s)

### Verification of Creditor Matrix

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date:   04/02/2025

/s/ Terrance D. Harps

Signature of Individual signing on behalf of debtor

President & Chairman

Position or relationship to debtor

AATC
P.O. Box 82915
Atlanta, GA 30354

AFLAC
1932 Wynnton Road
Columbus, GA 31993

Airport Parking Management, Inc
517 Jones Avenue NW
Atlanta, GA 30314

Airport Self Storage
2479 Sullivan Road
Atlanta, GA 30337

Alsco
4111 Pleasantdale Road
Atlanta, GA 30340

American Express
P.O. Box 360001
Los Angeles, CA 90096

American Society of Composers, Authors, and Publishers
P.O. BOX 331608-7515
Nashville, TN 37203

Ameritas Life Insurance Corp
P.O. Box 650730
Dallas, TX 75265

Apparel Manufacturing Company, Inc.
5405 Webb Parkway
Lilburn, GA 30047

AT&T Teleconference Services
P.O. Box 5002
Carol Stream, IL 60197

Atlanta Coffee Supply Group
1800 Wilson Way
Suite 10
Smyrna, GA 30082

Auto-Chlor System
3055 Commerce Way
Hapeville, GA 30354

Bailey International
3312-B N. Berkeley Lake Road
Duluth, GA 30096

Bantam & Biddy
1544 Piedmont Avenue NE
Atlanta, GA 30324

Bethaney Willis
7361 Melhana Lane
Union City, GA 30291

Bridgefield Casualty Insurance Company
P.O. Box 32034
Lakeland, FL 33802

Brown & Brown Ins. of GA
900 North Point Pkwy
Suite 300
Alpharetta, GA 30005

Cafe Fresh Franchising Corp.
P.O. Box 51071
V3N 5B9 CANADA, BC

Child Support Services
P.O. Box 1800
Carrollton, GA 30112

Cincinnati Insurance
P.O. Box 145620
Cincinnati, OH 45250

Cintas #201 Decatur
P.O. Box 630910
Cincinnati, OH 45263

City of Atlanta - DOA
P.O. Box 920500
Atlanta, GA 30392-0500

City Of College Park
P.O. Box 87137

Clayton County Board of Health
1117 Battle Creek Road
Jonesboro, GA 30236

Coca-Cola
P.O. Box 102703
Atlanta, GA 30368

Coffee Beanery
3429 Pierson Place
Flushing, MI 48433

Collins Lock & Safe
3397 Cypress Mill Road
Brunswick, GA 31520

Collins Wholesale
P.O. Box 906
Forest Park, GA 30298

Comcast
P.O. Box 37601
Philadelphia, PA 19101-0601

Cordelia Management Services
P.O. Box 110117
Atlanta, GA 30311

Cornerstone Insurance
15915 Katy Freeway
Suite 210
Houston, TX 77094

Cursus Technologies Inc
3302 Canal Street
Suite 13
Houston, TX 77003

Danien Peterson
3588 Hwy 138, SE
Unit #423
Stockbridge, GA 30281

De Lage Landen Financial Services, Inc.
P.O. Box 825736
Philadelphia, PA 19182

DIRECTV, Inc.
P.O. Box 5006
Carol Stream, IL 60197

Donald McBroom
335 Woodgate Drive
Fayetteville, GA 30214

Draft South, LLC
3900 Crown Road
Atlanta, GA 30321

East Point Saver Self Storage
1576 Davis Avenue
Atlanta, GA 30344

Ecolab Pest Elimination Div
26252 Network Place
Chicago, IL 60673

Eddie Jackson
P.O. Box 422582
Atlanta, GA 30342

Edward Don & Company
2562 Paysphere Circle
Chicago, IL 60674

EEC Intermediate Holdings, LLC
P.O. Box 7410873
Chicago, IL 60674-0873

EMC
2625 Piedmont Road
Unit 155
Atlanta, GA 30324

Empire Distributors
3755 Atlanta Industrial Parkway
Atlanta, GA 30331

Environmental Health Services, Clayton County Health District
1117 Battlecreek Road
Jonesboro, GA 30236

Eric Sloan
1392 Benteen Park Drive, SE
Atlanta, GA 30315

F&S Mechanical and Plumbing Services
800 Port 14 Place
Atlanta, GA 30349

First Citizens Bank
79 W Paces Ferry Road NW
Atlanta, GA 30305

First Horizon Bank
2000 International Park Drive
Birmingham, AL 35243

Fiserve Merchant Card
8201 Peters Road
Fort Lauderdale, FL 33324

Fulton County Health Departmetn
99 Jesse Hill Jr. Drive
Atlanta, GA 30303

Gasket Guy
P.O. Box 20802
Atlanta, GA 30320

General Wholesale - Marietta
1595 Marietta Boulevard
Atlanta, GA 30318

General Wholesale Distributors
1271 Tacoma Drive, NW
Atlanta, GA 30318

Georgia Department of Labor
148 Andrew Young Int'l Boulevard NE
Atlanta, GA 30303

Georgia Department of Revenue
1800 Century Center Boulevard
Suite 12000
Atlanta, GA 30345-3209

Georgia Secretary of State
P.O. Box 23038
Columbus, GA 31902

Gordon Food Service, Inc.
P.O. Box 88029
Chicago, IL 60680

Grainger Dept. 848193181
MW H11
Palatine, IL 60038

Green Olive Design
4401 Northside Parkway
Suite 325
Atlanta, GA 30327

GW Brands LLC
14071 Peyton Drive
Chino Hills, CA 91709

HMS Host
6705 Rockledge Drive
Bethesda, MD 20817

HR Direct
P.O. Box 669390
Pompano Beach, FL 33066

ICEE Company
265 Mason Road
La Vergne, TN 37086

IHOP Franchising LLC
10 W. Walnut Street
5th Floor
Pasadena, CA 91103

ImageLink
1078 Citizens Parkway
Suite J
Morrow, GA 30260

Internal Revenue Service (Atl)
401 W. Peachtree Street, N.W.
Stop 334-D
Atlanta, GA 30308

IPFS Corporation
P.O. BOX 730223
Dallas, TX 75373

Jackmont Hospitality
1760 Peachtree Street, NW
Suite 200
Atlanta, GA 30309

James Gray LLC
3747 Wartrace Drive
Atlanta, GA 30331

Johnstone Supply
P.O. Box 947652
Atlanta, GA 30394

Krispy Kreme
P.O. Box 83
Winston-Salem, NC 27102

Life Storage
3118 Sylvan Road
Hapeville, GA 30354

Lock Doctor, Inc.
95 Peachtree Industrial Boulevard
Buford, GA 30518

Mae Gilley & Associates, LLC
3540 Ale Circle
Atlanta, GA 30344

MARTA
P.O. Box 931144
Atlanta, GA 31193

McGriff
P.O. Box 11407
Birmingham, AL 35246

Michael Deshazo
1007 Pearl Point
Atlanta, GA 30328

Michael Gaillard
3671 Strath Drive
Alpharetta, GA 30005

Mitchell Martin
2749 Dodson Lee Drive
Atlanta, GA 30344

NCR Corporation
P.O. Box 745947
Atlanta, GA 30374

Office Depot Business Credit Dept.
P.O. Box 70612
Philadelphia, PA 19176

Orkin
P.O. Box 740473
Cincinnati, OH 45274

Paradox, Inc.
P.O. Box 120188
Dept 0188
Dallas, TX 75312

Paycom
7501 W. Memorial Road
Oklahoma City, OK 73142

Perfect Circle Renewable Energy
P.O. Box 675046
Marietta, GA 30006

Performance Food Service-Atlanta
P.O. Box 935716
Atlanta, GA 31193

PFG
3500 Old Oakwood Road
Oakwood, GA 30566

Philadelphia Insurance Companies
P.O. Box 70251
Philadelphia, PA 19176

Premier Grease
P.O. BOX 3535
Alpharetta, GA 30023

Prince Management, LLC
430 Dickson Springs Road
Fayetteville, GA 30215

PWC Training
2470 Windy Hill Road
Suite 253
Marietta, GA 30067

PWH Mechanical, Inc.
472 Circle 85 Street
Atlanta, GA 30349

RAS
405 Fairburn Road
Unit 150
Atlanta, GA 30331

Restaurant Supply Chain Solutions
P.O. Box 933469
Cleveland, OH 44193

Retail Data Systems of Hospitality
4616 S. Main Street
Acworth, GA 30101

Royal Foods
P.O. Box 162389
Atlanta, GA 30321

Ryder Transportation Svcs
P.O. Box 402366
Atlanta, GA 30384

Safeguard Business Systems
P.O. Box 645624
Cincinnati, OH 45264

Salad Works Corporate
Eight Tower Bridge 161 Washington Street
Suite 300
Conshohocken, PA 19428

Scala, Inc
7 Great Valley Parkway
Suite 300
Malvern, PA 19355

SESAC
P.O. Box 737457
Dallas, TX 75373

Severn Gainer
167 Trinity Avenue
Atlanta, GA 30303

Sidney Lee, Inc.
P.O. Box 429
Hampton, GA 30228

Sidney's Spices
4100 Shirley Drive SW
Atlanta, GA 30336

Sloan Advisory Company, LLC
1392 Benteen Park Drive
Atlanta, GA 30315

Smart Care Equipment Solutions
P.O. Box 74008980
Chicago, IL 60674

Sysco Atlanta LLC
2225 Riverdale Road
Atlanta, GA 30337

T&D Coffee Machine Service
4550 Atwater Court
Suite 208
Buford, GA 30518

T-MOBILE
P.O. Box 742596
Cincinnati, OH 45274

Taco Bell Corp
P.O. Box 203770
Dallas, TX 75320

Tax & Accounting Solutions, Inc
3915 Cascade Road SW
Suite 200
Atlanta, GA 30311

Terrance Harps
140 Dink Scott Court
Ellenwood, GA 30294

The Engelman's Bakery
6185 Brook Hollow Parkway
Norcross, GA 30071

The Martinson Group, LLC
1693 Washington Road
Atlanta, GA 30344

The Wasserstrom Company
P.O. BOX 933469
Cleveland, OH 44193

Thompson Hine
3560 Lenox Road
Atlanta, GA 30326

TJ's Franchising, LLC C/O Great Wraps
17 Executive Park Drive
Suite 150
Atlanta, GA 30329

Tracrite Software Inc.
1353 Kenaston Boulevard
Winnipeg, MB R3P 2P2 CANADA

U.S. Small Business Administration
2 North Street
Suite 320
Birmingham, AL 35203

Ultimate Security of America
P.O. Box 1330
Fayetteville, GA 30214


United Refrigeration, Inc.
P.O. Box 740703
Atlanta, GA 30374


Valerie Curry
5047 Burberry Way
Fairburn, GA 30213


Walter Young
2717 Cascade Road
Atlanta, GA 30311


Web Results Inc.
22355 Boyaca Avenue
Boca Raton, FL 33433


Wex Bank
P.O. Box 6293
Carol Stream, IL 60197


Young International Beverage Company
2717 Cascade Road SW
Atlanta, GA 30311