UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| In Re:<br><br>**GLOBAL CONCESSIONS, INC.,**<br><br>　　Debtor. | **CASE NO. 25-53640-PMB**<br><br>**CHAPTER 11** |

### NOTICE OF SUPPLEMENT TO CRITICAL VENDORS MOTION

The Debtor hereby files this notice of filing of this supplement to the Debtor's *Emergency Motion for Entry of an Order Authorizing the Debtor to Pay Pre-Petition Claims of Critical Vendors and Granting Related Relief* [Doc. 15] (the "**Critical Vendors Motion**"). In the Critical Vendors Motion, the Debtor indicated that the Critical Vendors Claims would be attached as Exhibit B.

**PLEASE TAKE NOTICE** that the Critical Vendors Motion is hereby supplemented with the Critical Vendor Claims attached hereto as **Exhibit A.**

Dated: April 4, 2025

　　　　　　　　　　　　　　　　　　　　**KECK LEGAL, LLC**

　　　　　　　　　　　　　　　　　　　　*/s/ Maysen E. Moorehead*
　　　　　　　　　　　　　　　　　　　　Benjamin R. Keck, Ga. Bar No. 943504
　　　　　　　　　　　　　　　　　　　　Maysen E. Moorehead, Ga. Bar No. 451298
　　　　　　　　　　　　　　　　　　　　2801 Buford Highway NE, Suite 115
　　　　　　　　　　　　　　　　　　　　Atlanta, Georgia 30329
　　　　　　　　　　　　　　　　　　　　(470) 826-6020
　　　　　　　　　　　　　　　　　　　　bkeck@kcklegal.com
　　　　　　　　　　　　　　　　　　　　mmoorehead@kecklgeal.com
　　　　　　　　　　　　　　　　　　　　*Proposed Counsel for Debtor*

**Exhibit A**

**Critical Vendors Claims**

| Category | Vendor | Mailing Address | Due as of Petition Date | 503(b)(9) Amount | Critical Analysis Rationale |
|---|---|---|---|---|---|
| BEVERAGE | Coca Cola Bottling | P.O. Box 102703 Atlanta, GA 30368 | $21,968.00 | $24,893.00 | All 16 locations serve Coke products; cannot purchase elsewhere. |
| FOOD | Bailey International | 3312-B N. Berkeley Lake Road Duluth, GA 30096 | $60,000.00 | $60,675.56 | Provides food to 2 Leeann Chin locations. Specified vendor by franchisor. |
| FOOD | Coffee Beanery | 3429 Pierson Place Flushing, MI 48433 | $8,200.00 | $4,290.21 | Provides proprietary items to Coffee Beanery. |
| FOOD | Collins Wholesale | P.O. Box 906 Forest Par, GA 30298 | $2,578.00 | $525.70 | Provides produce to Leeann Chin locations. |
| FOOD | Gordon Food Service | P.O. Box 88029 Chicago, IL 60680 | $5,000.00 | $19,932.54 | Specified food vendor for Great Wraps Franchisor. |
| FOOD | Krispy Kreme | P.O. Box 83 Winston-Salem, NC 27102 | $2,500.00 | $19,349.24 | Provides specific proprietary Krispy Kream products. No substitutions allowed. |
| FOOD | McLane Foods | 3500 S Corporate Pkwy Forest Park, GA 30297-1749 | $5,000.00 | $16,793.14 | This vendor is required by Taco Bell. |
| FOOD | PFG | 3500 Old Oakwood Road Oakwood, GA 30566 | $653,979.00 | $210,669.91 | Major supplier of food and supplies to a majority of Global stores. |
| FOOD | PFG-ROMA | 3500 Old Oakwood Road Oakwood, GA 30566 | $4,468.00 | $14,471.41 | Specified by the IHOP agreement. They provide proprietary items. |
| FOOD | Royal Food Service | P.O. Box 162389 Atlanta, GA 30321 | $47,128.00 | $37,787.88 | Provides food to Salad Works and Bantam & Biddy. |
| FOOD | Sidney's Spices | 4100 Shirley Drive SW Atlanta, GA 30336 | $172.00 | $580.66 | Provides proprietary spice blends to Juke Joint and Bantam & Biddy needed for recipes. |
| FOOD | Sysco | 2225 Riverdale Road Atlanta, GA 30337 | $1,080.00 | $4,080.18 | Must use per Salad Works agreement. |
| LIQUOR/ BEER/WINE | Atlanta Beverage Company | 5000 Fulton Industrial Blvd SW Atlanta, GA 30336 | $750.00 | $1,553.10 | Exclusive supplier for certain brands of alcoholic beverages. |

| Category | Vendor | Mailing Address | Due as of Petition Date | 503(b)(9) Amount | Critical Analysis Rationale |
|---|---|---|---|---|---|
| LIQUOR/ BEER/WINE | Empire Distributors, Inc. | 685 Hartman Road Austell, GA 30168 | $450.00 | $886.56 | Exclusive supplier for certain brands of alcoholic beverages. |
| LIQUOR/ BEER/WINE | General Wholesale Company | 1595 Marietta Blvd Atlanta, GA 30318 | $1,850.00 | $1,014.50 | Exclusive supplier for certain brands of alcoholic beverages. |
| LIQUOR/ BEER/WINE | Georgia Crown | 100 Georgia Crown Drive McDonough, GA 30253 | $600.00 | $3,687.44 | Exclusive supplier for certain brands of alcoholic beverages. |
| LIQUOR/ BEER/WINE | Republic National Distributing Co | PO Box 44127 Atlanta, GA 30336 | $1,938.00 | $3,876.10 | Exclusive supplier for certain brands of alcoholic beverages. |
| LIQUOR/ BEER/WINE | Savannah Distributors | 2860 Bankers Industrial Dr Atlanta, GA 30360 | $1,982.00 | $3,965.90 | Exclusive supplier for certain brands of alcoholic beverages. |
| LIQUOR/ BEER/WINE | United Distributors | 5500 United Dr SE Smyrna, GA 30082 | $15,685.00 | $27,370.84 | Exclusive supplier for certain brands of alcoholic beverages. |
| MAINTENANCE | Ecolab | 26252 Network Place Chicago, IL 60673 | $15,707.00 | $4,815.20 | Provides chemicals required by the Health Dept. Location shut down if not on site during inspection. |
| MAINTENANCE | Ecolab Pest Elimination | 26252 Network Place Chicago, IL 60673 | $206.00 | $206.07 | Monthly pest treatments is a requirement of the airport. |
| MAINTENANCE | EMC | 2625 Piedmont Road Unit 155 Atlanta, GA 30324 | $13,000.00 | $14,760.00 | We are required to clean hoods twice a month by the airport. If not cleaned, location is shut down. |
| MAINTENANCE | Orkin | P.O. Box 740473 Cincinnati, OH 45274 | $80.00 | $80.00 | Monthly pest treatments is a requirement of the airport. |
| MAINTENANCE | Perfect Circle Renewable Energy (Indoor Grease Trap Cleaning) | P.O. Box 675046 Marietta, GA 30006 | $157.00 | $150.00 | Removes used grease from stores. Required by City of Atlanta. |
| MAINTENANCE | PWI Mechanical Inc. | | $210,000.00 | $5,640.00 | Provide repair and maintenance services for equipment and refrigeration repairs. |

| Category | Vendor | Mailing Address | Due as of Petition Date | 503(b)(9) Amount | Critical Analysis Rationale |
|---|---|---|---|---|---|
| MAINTENANCE | TWC | P.O. BOX 933469<br>Cleveland, OH 44193 | $7,095.00 | $3,459.25 | Specialty repair work. |
| SERVICE | AATC | P.O. Box 82915<br>Atlanta, GA 30354 | $283,953.00 | $31,554.34 | Provides utilities to all locations and trash removal services. |
| SERVICE | Alsco | 4111 Pleasantdale Road<br>Atlanta, GA 30340 | $7,299.00 | $4,462.42 | Provides aprons, rugs and towels for the stores. |
| SERVICE | Auto Chlor System | 3055 Commerce Way<br>Hapeville, GA 30354 | $521.00 | $521.08 | Provides supplies for dish machine. |
| SERVICE | Capitol Signs | 5380 Webb Pkwy NW<br>Lilburn, GA 30047 | $4,000.00 | $4,757.40 | Digital signage hosting for all stores-menu boards. |
| SERVICE | Pye Barker | 1000 Cobb Place Blvd<br>BLDG 500 STE 510<br>Kennesaw, GA 30144-3764 | $7,124.00 | $2,876.38 | They have a contract with the airport, we are required to use them for fire equipment and inspections. |
| SERVICE | Sidney Lee | P.O. Box 429<br>Hampton, GA 30228 | $1,590.00 | $783.00 | Provides $CO_2$ to all locations. They have the only permit to service the airport. |