**Fill in this information to identify the case and this filing:**

Debtor Name __Global Concessions Inc.__

United States Bankruptcy Court for the: __Northern District of Georgia__

Case number (*If known*): __25-53640__

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors     12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* ____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __05/01/2025__            ✗ *Mitchell A. Martin*
           MM / DD / YYYY            <small>Mitchell A. Martin (May 1, 2025 22:09 EDT)</small>
                                  Signature of individual signing on behalf of debtor

                                  Mitchell A. Martin
                                  Printed name
                                  Treasurer
                                  Position or relationship to debtor

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

Debtor name ___Global Concessions Inc._____

United States Bankruptcy Court for the: ___Northern District of Georgia___

                                               (State)

Case number (If known): ___25-53640_____

☐ Check if this is an amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

**12/15**

---

| **Part 1:** | **Summary of Assets** |
| --- | --- |

1. ***Schedule A/B: Assets–Real and Personal Property*** (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B* ...........................................................    $ _____ 0.00

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B* .......................................................    $ _____ 194,129.38

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B* .........................................................    $ _____ 194,129.38

---

| **Part 2:** | **Summary of Liabilities** |
| --- | --- |

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D* ...............    $ _____ 9,366,639.00

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 6a of *Schedule E/F* ......................................    $ _____ 155,593.00

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F* ......................    +$ _____ 11,048,828.00

4. **Total liabilities** .................................................................................    $ _____ 20,571,060.00
   Lines 2 + 3a + 3b

**Fill in this information to identify the case:**

Debtor name ___Global Concessions Inc.___

United States Bankruptcy Court for the: ___Northern District of Georgia___

Case number (If known): ___25-53640___

☐ Check if this is an amended filing

## Official Form 206A/B
# Schedule A/B: Assets — Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:   Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand**                                                                 $ 0.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. See Schedule A/B Part 1, Question 3 Attachment | Checking | ___ ___ ___ ___ | $ 59,837.75 |
| 3.2. | | | $ |

4. **Other cash equivalents** *(Identify all)*

   4.1. _____                           $ _____
   4.2. _____                           $ _____

5. **Total of Part 1**                                                              $ 59,837.75

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2:   Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

   7.1. _____                           $ _____
   7.2. _____                           $ _____

Debtor    Global Concessions Inc.
          Name

Case number (if known)  25-53640

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1. Prepaid insurance                                                   $ Unknown

8.2.                                                                       $

**9. Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.                        $ 0.00

---

## Part 3:    Accounts receivable

**10. Does the debtor have any accounts receivable?**

☑ No. Go to Part 4.

☐ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

**11. Accounts receivable**

11a. 90 days old or less:  _____ – _____ = ........➜   $ _____
                          face amount    doubtful or uncollectible accounts

11b. Over 90 days old:  _____ – _____ = ........➜   $ _____
                        face amount    doubtful or uncollectible accounts

**12. Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.    $ _____

---

## Part 4:    Investments

**13. Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

|  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14. Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1. _____    _____    $ _____

14.2. _____    _____    $ _____

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                        % of ownership:

15.1. _____    _____%    _____    $ _____

15.2. _____    _____%    _____    $ _____

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1. _____    _____    $ _____

16.2. _____    _____    $ _____

**17. Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.                      $ _____

---

Debtor  Global Concessions Inc.                                     Case number *(if known)*  25-53640
        Name

---

**Part 5:**   **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | MM / DD / YYYY | $ | | $ |
| **20. Work in progress** | MM / DD / YYYY | $ | | $ |
| **21. Finished goods, including goods held for resale** | MM / DD / YYYY | $ | | $ |
| **22. Other inventory or supplies** See Schedule A/B Part 5, Question 22 Attachment | 03/31/2025 MM / DD / YYYY | $ | Fair Market Value | 134,291.63 |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$ 134,291.63

24. **Is any of the property listed in Part 5 perishable?**

☐ No
☑ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No
☑ Yes. Book value  134,291.63    Valuation method  Fair Market Value    Current value  134,291.63

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No
☐ Yes

---

**Part 6:**   **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops—either planted or harvested** | $ | | $ |
| **29. Farm animals** *Examples*: Livestock, poultry, farm-raised fish | $ | | $ |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) | $ | | $ |
| **31. Farm and fishing supplies, chemicals, and feed** | $ | | $ |
| **32. Other farming and fishing-related property not already listed in Part 6** | $ | | $ |

---

Official Form 206A/B                 Schedule A/B: Assets — Real and Personal Property                 page 3

Debtor    Global Concessions Inc.                                   Case number *(if known)*  25-53640
          Name

**33. Total of Part 6.**

   Add lines 28 through 32. Copy the total to line 85.                              $_____

**34. Is the debtor a member of an agricultural cooperative?**

   ☐ No

   ☐ Yes. Is any of the debtor's property stored at the cooperative?

      ☐ No

      ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

   ☐ No

   ☐ Yes. Book value $_____   Valuation method _____   Current value $_____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**

   ☐ No

   ☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**

   ☐ No

   ☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---------|-------------------------------------------------------------|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

   ☐ No. Go to Part 8.

   ☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|-------------------------------------------------------|------------------------------------------|-------------------------------------|
| **39. Office furniture**<br>Desk and chairs, file cabinets | $ 0.00 | GAAP | $ Unknown |
| **40. Office fixtures** | $_____ | _____ | $_____ |
| **41. Office equipment, including all computer equipment and communication systems equipment and software**<br>Computer equipment | $ 0.00 | GAAP | $ Unknown |
| **42. Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 _____ | $_____ | _____ | $_____ |
| 42.2 _____ | $_____ | _____ | $_____ |
| 42.3 _____ | $_____ | · _____ | · $_____ |

**43. Total of Part 7.**

   Add lines 39 through 42. Copy the total to line 86.                              $ 0.00

**44. Is a depreciation schedule available for any of the property listed in Part 7?**

   ☑ No

   ☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**

   ☑ No

   ☐ Yes

Debtor    Global Concessions Inc.                                    Case number (if known)  25-53640
         Name

---

**Part 8:** **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 4 vehicles leased from Ryder | $ 0.00 | GAAP | $ 0.00 |
| 47.2 | $ | | $ |
| 47.3 | $ | | $ |
| 47.4 | $ | | $ |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 | $ | | $ |
| 48.2 | $ | | $ |
| **49. Aircraft and accessories** | | | |
| 49.1 | $ | | $ |
| 49.2 | $ | | $ |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** Fryers, refrigerators, exhaust hoods, grills, ovens - value unknown | $ 0.00 | GAAP | $ Unknown |

51. **Total of Part 8.**
    Add lines 47 through 50. Copy the total to line 87.

    $ 0.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ☑ No
    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

---

Debtor  Global Concessions Inc.
Name

Case number (if known) 25-53640

---

## Part 9:  Real property

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☑ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 Hartsfield- Jackson Atlanta International Airport - Atrium | Leasehold | | | Unknown<br>$_____ |
| 55.2 Hartsfield- Jackson Atlanta International Airport - Concourse C | Leasehold | $_____ | | Unknown<br>$_____ |
| 55.3 See continuation sheet | | 0.00<br>$_____ | | Unknown<br>$_____ |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

| 0.00 |
|---|
| $_____ |

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No

☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

## Part 10:  Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets**<br>See continuation sheet | 0.00<br>$_____ | | Unknown<br>$_____ |
| 61. **Internet domain names and websites**<br>www.globalconcessions.com | 0.00<br>$_____ | | Unknown<br>$_____ |
| 62. **Licenses, franchises, and royalties**<br>See Schedule A/B Part 10, Question 62 Attachment | $_____ | | Unknown<br>$_____ |
| 63. **Customer lists, mailing lists, or other compilations** | $_____ | | $_____ |
| 64. **Other intangibles, or intellectual property** | $_____ | | $_____ |
| 65. **Goodwill** | $_____ | | $_____ |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

| 0.00 |
|---|
| $_____ |

---

Debtor   Global Concessions Inc.
         Name

Case number (if known)  25-53640

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☑ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No
☐ Yes

## Part 11:  All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
☑ Yes. Fill in the information below.

|  |  |  | Current value of debtor's interest |
|---|---|---|---|

71. **Notes receivable**

Description (include name of obligor)

_____   0.00  _  0.00   = ➡   $ 0.00
                       Total face amount   doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____   Tax year _____   $_____
_____   Tax year _____   $_____
_____   Tax year _____   $_____

73. **Interests in insurance policies or annuities**

_____   $_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____   $_____

Nature of claim   _____
Amount requested  $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

Potential counterclaims against landlord   $ Unknown

Nature of claim   Breach of contract; commercial tort
Amount requested  $ 0.00

76. **Trusts, equitable or future interests in property**

_____   $_____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

_____   $_____
_____   $_____

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.   $ 0.00

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No
☐ Yes

Debtor  Global Concessions Inc.
        Name

Case number *(if known)*  25-53640

---

| **Part 12:** | **Summary** |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 59,837.75 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 134,291.63 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ............................................➔ | | $ 0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. ...........................91a. | $ 194,129.38 | ✚ 91b. $ 0.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ...................................  194,129.38    $ 194,129.38

| Debtor 1 | Global Concessions Inc. | | | 25-53640 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | Case number *(if known)*_____ |

## Continuation Sheet for Official Form 206 A/B

**55) Real property**

| General description | Nature and extent of interest | Net book value | Valuation method | Current value |
|---|---|---|---|---|
| Hartsfield-Jackson Atlanta International Airport - Concourse B & F | Leasehold | | FMV | Unknown |
| Hartsfield-Jackson Atlanta International Airport - Concourse E | Leasehold | 0.00 | | Unknown |
| 6 properties subleased from Host | | | | Unknown |

**60) Patents, copyrights, trademarks, and trade secrets**

| General description | Net book value | Valuation method | Current value |
|---|---|---|---|
| Purple Leaf Cafe trademark | 0.00 | | Unknown |
| Sojourners | 0.00 | | Unknown |
| Recipes and food preparation methods | 0.00 | | Unknown |

**Schedule A/B Part 1, Question 3**

| Institution | Type of account | Last 4 | Balance |
|---|---|---|---|
| First Horizon - Payroll | Checking | 2292 | $ 2,762.34 |
| First Horizon - Reserve | Checking | 3733 | $ 15,000.00 |
| First Horizon - Franchisor Auto-Debits | Checking | 5937 | $ 4,682.46 |
| First Horizon - Operating | Checking | 5063 | $ 2,414.39 |
| First Horizon - GLFS LLC - Taco Bell | Checking | 3183 | $ 34,978.56 |
| Georgia Primary Bank | Checking | 2666 | Closed |
| GCI Payroll | Checking | 9901 | Closed |

| Schedule A/B Part 5, Question 22 | | | | |
|---|---|---|---|---|
| General Description | Date of the last physical inventory | Net book value | Valuation Method | Current Value |
| TJ's Sandwiches | 3/31/2025 | | FMV | $ 4,066.23 |
| Truly Bar | 3/31/2025 | | FMV | $ 6,769.34 |
| Taco Bell - Supplies | 3/31/2025 | | FMV | $ 9,118.20 |
| Leeann Chin - Supplies | 3/31/2025 | | FMV | $ 12,965.31 |
| Blue Moon B | 3/31/2025 | | FMV | $ 12,142.89 |
| Leeann Chin Atrium - Supplies | 3/31/2025 | | FMV | $ 9,132.33 |
| Salad Work | 3/31/2025 | | FMV | $ 4,807.02 |
| Sojourner's Café | 3/31/2025 | | FMV | $ 11,540.23 |
| IHOP Atrium | 3/31/2025 | | FMV | $ 9,899.66 |
| Bantam and Biddy | 3/31/2025 | | FMV | $ 7,887.21 |
| Coffee Beanery Purple Leaf | 3/31/2025 | | FMV | $ 9,291.79 |
| Fresh Healthy | 3/31/2025 | | FMV | $ 8,305.84 |
| Great Wraps | 3/31/2025 | | FMV | $ 15,708.95 |
| Jeykll Island Seafood Company | 3/31/2025 | | FMV | $ 11,204.10 |
| Krispy Kreme - Supplies | 3/31/2025 | | FMV | $ 1,452.53 |

| Schedule A/B Part 10, Question 62 | | | |
|---|---|---|---|
| General Description | Net book value | Valuation Method | Current Value |
| Taco Bell Franchisor, LLC License Agreement Taco Bell | | FMV | Unknown |
| License Agreement Bantam + Biddy | | FMV | Unknown |
| Intellectual Property License Agreement Blue Moon Concourse B | | FMV | Unknown |
| Café Fresh Franchising Corp. Franchise Agreement Café Fresh | | FMV | Unknown |
| The Coffee Beanery, LTD. Franchise Agreement Coffee Beanery | | FMV | Unknown |
| Location Franchise Agreement Great Wraps | | FMV | Unknown |
| Agreement Regarding Renewal of Non-Traditional Franchise IHOP | | FMV | Unknown |
| IHOP Non-Traditional Multi-Unit Franchise Agreement IHOP | | FMV | Unknown |
| License Agreement Leeann Chin | | FMV | Unknown |
| Development Agreement Saladworks | | FMV | Unknown |
| Location Franchise Agreement TJ Sandwiches | | FMV | Unknown |
| Brewhouse License Agreement Truly Hard Seltzer Bar | | FMV | Unknown |
| License Agreement Jekyll Island Seafood Company | | FMV | Unknown |
| Krispy Kreme Doughnut Corporation Franchise Agreement Krispy Kreme Fresh Shop | | FMV | Unknown |
| Operating Agreement of GCTB, LLC n/a | | FMV | Unknown |

**Fill in this information to identify the case:**

Debtor name __Global Concessions Inc.__

United States Bankruptcy Court for the: __Northern District of Georgia__

Case number (If known): __25-53640__

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

## Part 1:   List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  | **Column A** Amount of claim Do not deduct the value of collateral. | **Column B** Value of collateral that supports this claim |
|---|---|---|

**2.1** Creditor's name
First Horizon Bank

Describe debtor's property that is subject to a lien
Inventory, equipment, accounts, general intangibles

$ 8,550,946.00        $ Unknown

Creditor's mailing address
2000 International Park Drive
Birmingham, AL 35243

Creditor's email address, if known

Describe the lien
Agreement you made, Inventory, equipment

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

Date debt was incurred
Last 4 digits of account number

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Specify each creditor, including this creditor,

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**2.2** Creditor's name
Hanover Insurance Group

Describe debtor's property that is subject to a lien
Inventory, equipment, instruments, accounts, intangibles

$ Unknown        $ Unknown

Creditor's mailing address
440 Lincoln Street
Worcester, MA 1653

Creditor's email address, if known

Describe the lien
Agreement you made

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

Date debt was incurred
Last 4 digits of account number

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

☐ Yes. The relative priority of creditors is specified on lines _____

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**          $ 9,366,639.00

Official Form 206D          Schedule D: Creditors Who Have Claims Secured by Property          page 1 of 3

Debtor    Global Concessions Inc.                                           Case number (if known)__25-53640__
           Name

| Part 1: | Additional Page | Column A | Column B |
|---------|-----------------|----------|----------|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value of collateral. | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.3** Creditor's name
Performance Food Group Atlanta

_____

**Creditor's mailing address**

3500 Old Oakwood Road
Oakwood, GA 30566

_____

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

_____

☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Inventory, contract rights, fixtures, equipment, intangibles

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$665,693.00     $Unknown

---

**2.4** Creditor's name
U.S. Small Business Administration

_____

**Creditor's mailing address**

2 North Street
Suite 320, Birmingham, AL 35203

_____

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

_____

☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

All tangible and intangible personal property

**Describe the lien**

Agreement you made, EIDL Loan

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$150,000.00     $Unknown

---

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page _2_ of _3_

| Debtor | Global Concessions Inc. | Case number (if known) | 25-53640 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | Global Concessions Inc. |
| United States Bankruptcy Court for the: | Northern District of Georgia |
| Case number (If known) | 25-53640 |

☐ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☑ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** | **Priority creditor's name and mailing address**<br>City Of College Park<br>P.O. Box 87137<br>College Park, GA 30337 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $ 1,082.00 | $ 1,082.00 |
| | **Date or dates debt was incurred**<br>_____ | **Basis for the claim:**<br>Taxes & Other Government Units | | |
| | **Last 4 digits of account number** _____ | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 ) | | | |
| **2.2** | **Priority creditor's name and mailing address**<br>Clayton County<br>Business License & Occupation Tax<br>3667 Main St.<br>Atlanta, GA 30171 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed | $ Undetermined | $ |
| | **Date or dates debt was incurred**<br>_____ | **Basis for the claim:**<br>Taxes & Other Government Units | | |
| | **Last 4 digits of account number** _____ | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 ) | | | |
| **2.3** | **Priority creditor's name and mailing address**<br>Clayton County Tax<br>121 South McDonough Street<br>Jonesboro, GA 30236 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $ 5,619.00 | $ 5,619.00 |
| | **Date or dates debt was incurred**<br>_____ | **Basis for the claim:**<br>Taxes & Other Government Units | | |
| | **Last 4 digits of account number** _____ | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 ) | | | |

Debtor    Global Concessions Inc.
Name

Case number *(if known)* 25-53640

**Part 1.    Additional Page**

| | Total claim | Priority amount |
|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | |

**2.4  Priority creditor's name and mailing address**

Fulton County Finance Department
141 Pryor Street
Suite 7067
Atlanta, GA 30303

$ Unknown        $

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

---

**2.5  Priority creditor's name and mailing address**

Georgia Department of Labor
148 Andrew Young Int'l Boulevard NE
Atlanta, GA 30303

$ Unknown        $

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

---

**2.6  Priority creditor's name and mailing address**

Georgia Department of Revenue
1800 Century Center Boulevard
Suite 12000
Atlanta, GA 30345-3209

$ 148,892.00        $ 148,892.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

---

**2.7  Priority creditor's name and mailing address**

Internal Revenue Service (Atl)
401 W. Peachtree Street, N.W.
Stop 334-D
Atlanta, GA 30308

$ Unknown        $

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

---

Debtor    Global Concessions Inc.    Case number *(if known)*  25-53640
_____
Name

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | **Amount of claim** |
|---|---|---|

**3.1** **Nonpriority creditor's name and mailing address**
AFLAC
1932 Wynnton Road
Columbus, GA 31993

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Insurance

$ 5,049.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.2** **Nonpriority creditor's name and mailing address**
Airport Parking Management, Inc
517 Jones Avenue NW
Atlanta, GA 30314

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Parking

$ 1,500.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.3** **Nonpriority creditor's name and mailing address**
Alsco
4111 Pleasantdale Road
Atlanta, GA 30340

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

$ 4,923.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.4** **Nonpriority creditor's name and mailing address**
American Express
P.O. Box 360001
Los Angeles, CA 90096

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 15,500.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.5** **Nonpriority creditor's name and mailing address**
AT&T Teleconference Services
P.O. Box 5002
Carol Stream, IL 60197

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utility Services

$ 421.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.6** **Nonpriority creditor's name and mailing address**
Atlanta Airlines Terminal Corporation
P.O. Box 82915
Atlanta, GA 30354

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utilities

$ 203,403.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Official Form 206E/F    Schedule E/F: Creditors Who Have Unsecured Claims    page 3 of 17

Debtor   Global Concessions Inc.   Case number *(if known)*   25-53640

Name

| **Part 2:** | **Additional Page** |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
| --- | --- |

**3.7** **Nonpriority creditor's name and mailing address**

Auto-Chlor System
3055 Commerce Way
Hapeville, GA 30354

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 521.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.8** **Nonpriority creditor's name and mailing address**

Baily International of Atlanta
3312-B N. Berkeley Lake Road
Duluth, GA 30096

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 55,100.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.9** **Nonpriority creditor's name and mailing address**

Bantam & Biddy
1544 Piedmont Avenue NE
#301
Atlanta, GA 30324

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Franchise royalties

$ 15,126.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.10** **Nonpriority creditor's name and mailing address**

Cafe Fresh Franchising Corp.
P.O. Box 51071
V3N 5B9 CANADA, BC

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Franchise royalties

$ 1,494.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.11** **Nonpriority creditor's name and mailing address**

Capitol Signs
5380 Webb Parkway NW
Lilburn, GA 30047

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 9,329.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

| Debtor | Global Concessions Inc. | Case number (if known) | 25-53640 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.12** Nonpriority creditor's name and mailing address

Cincinnati Insurance
P.O. Box 145620
Cincinnati, OH 45250

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Insurance

**$ 29,888.00**

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.13** Nonpriority creditor's name and mailing address

City of Atlanta - DOA
P.O. Box 920500
Atlanta, GA 30392-0500

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Rent

**$ 4,596,000.00**

Is the claim subject to offset?
☐ No
☑ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.14** Nonpriority creditor's name and mailing address

Coca-Cola
P.O. Box 102703
Atlanta, GA 30368

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Drink Vendor

**$ 21,968.00**

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.15** Nonpriority creditor's name and mailing address

Coffee Beanery
3429 Pierson Place
Flushing, MI 48433

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Franchise royalties

**$ 12,822.00**

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.16** Nonpriority creditor's name and mailing address

Collins Wholesale
P.O. Box 906
Forest Park, GA 30298

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**$ 4,905.00**

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

| Debtor | Global Concessions Inc. | Case number (if known) 25-53640 |
|---|---|---|
| | Name | |

<table>
<tr><td><strong>Part 2:</strong></td><td><strong>Additional Page</strong></td></tr>
</table>

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.17** | **Nonpriority creditor's name and mailing address**

Comcast
P.O. Box 37601
Philadelphia, PA 19101-0601

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Cable / Satellite Services

$ 233.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.18** | **Nonpriority creditor's name and mailing address**

Cornerstone Insurance
15915 Katy Freeway
Suite 210
Houston, TX 77094

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Insurance

$ 17,652.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.19** | **Nonpriority creditor's name and mailing address**

Cursus Technologies Inc
3302 Canal Street
Suite 13
Houston, TX 77003

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 6,100.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.20** | **Nonpriority creditor's name and mailing address**

Ecolab Pest Elimination Div
26252 Network Place
Chicago, IL 60673

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 206.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.21** | **Nonpriority creditor's name and mailing address**

Edward Don & Company
2562 Paysphere Circle
Chicago, IL 60674

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 497.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

Debtor  Global Concessions Inc.
        Name

                                                    Case number (if known)  25-53640

## Part 2:    Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3. 22    Nonpriority creditor's name and mailing address**

EEC Intermediate Holdings, LLC
P.O. Box 7410873
Chicago, IL 60674-0873

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 1,967.00

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**3. 23    Nonpriority creditor's name and mailing address**

EMC
2625 Piedmont Road
Unit 155
Atlanta, GA 30324

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Services

$ 15,980.00

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**3. 24    Nonpriority creditor's name and mailing address**

Eric Sloan
1392 Benteen Park Drive, SE
Atlanta, GA 30315

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Monies Loaned / Advanced

$ 750,000.00

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**3. 25    Nonpriority creditor's name and mailing address**

F&S Mechanical and Plumbing Services
800 Port 14 Place
Atlanta, GA 30349

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Services

$ 28,325.00

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**3. 26    Nonpriority creditor's name and mailing address**

Freedompay, Inc.
75 Remittance Drive
Suite 1127
Chicago, IL 60675

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 8,580.00

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Debtor    Global Concessions Inc.                                    Case number *(if known)*  25-53640
          Name

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.27**  **Nonpriority creditor's name and mailing address**

General Wholesale - Marietta
1595 Marietta Boulevard
Atlanta, GA 30318

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Unknown

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.28**  **Nonpriority creditor's name and mailing address**

Georgia Crown
100 Georgia Crown Drive
Mcdonough, GA 30253

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Unknown

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.29**  **Nonpriority creditor's name and mailing address**

Georgia Secretary of State
P.O. Box 23038
Columbus, GA 31902

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Unknown

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.30**  **Nonpriority creditor's name and mailing address**

Gordon Food Service, Inc.
P.O. Box 88029
Chicago, IL 60680

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Unknown

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.31**  **Nonpriority creditor's name and mailing address**

Grainger Dept. 848193181
MW H11
Palatine, IL 60038

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,194.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

| Debtor | Global Concessions Inc. | Case number *(if known)* 25-53640 |
|---|---|---|
| | Name | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

### 3.32 Nonpriority creditor's name and mailing address

GW Brands LLC
14071 Peyton Drive
#2697
Chino Hills, CA 91709

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Franchise royalties

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 4,542.00

### 3.33 Nonpriority creditor's name and mailing address

HMS Host
6705 Rockledge Drive
Bethesda, MD 20817

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 2,418,467.00

### 3.34 Nonpriority creditor's name and mailing address

IHOP Franchising LLC
10 W. Walnut Street
5th Floor
Pasadena, CA 91103

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Franchise Royalties

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 3,281.00

### 3.35 Nonpriority creditor's name and mailing address

Jackmont Hospitality
1760 Peachtree Street, NW
Suite 200
Atlanta, GA 30309

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 146,847.00

### 3.36 Nonpriority creditor's name and mailing address

James Gray LLC
3747 Wartrace Drive
Atlanta, GA 30331

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** IT Contractor

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 57,237.00

| Debtor | Global Concessions Inc. | Case number (if known) | 25-53640 |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.37 Nonpriority creditor's name and mailing address**

Johnstone Supply
P.O. Box 947652
Atlanta, GA 30394

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 244.00

---

**3.38 Nonpriority creditor's name and mailing address**

Leeann Chin Inc
3600 American Boulevard West #165
Minneapolis, MN 55431

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Franchise royalties

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 16,481.00

---

**3.39 Nonpriority creditor's name and mailing address**

Life Storage
3118 Sylvan Road
Hapeville, GA 30354

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 1,164.00

---

**3.40 Nonpriority creditor's name and mailing address**

Little Green Hen Ventures, LLC
1102 Springdale Road
Atlanta, GA 30357

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Franchise royalties

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 15,126.00

---

**3.41 Nonpriority creditor's name and mailing address**

MARTA
P.O. Box 931144
Atlanta, GA 31193

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 16,634.00

| Debtor | Global Concessions Inc. | Case number *(if known)* | 25-53640 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.42  Nonpriority creditor's name and mailing address**

McGriff
P.O. Box 11407
Birmingham, AL 35246

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Bonds

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 21,306.00

---

**3.43  Nonpriority creditor's name and mailing address**

Michael S. Gaillard
3671 Strath Drive
Alpharetta, GA 30005

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Monies Loaned / Advanced

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 275,000.00

---

**3.44  Nonpriority creditor's name and mailing address**

Mitchell A. Martin
2749 Dodson Lee Drive
Atlanta, GA 30344

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Monies Loaned / Advanced

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 100,000.00

---

**3.45  Nonpriority creditor's name and mailing address**

NCR Corporation
P.O. Box 745947
Atlanta, GA 30374

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 27,018.00

---

**3.46  Nonpriority creditor's name and mailing address**

Orkin
P.O. Box 740473
Cincinnati, OH 45274

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 69.00

---

Debtor    Global Concessions Inc.    Case number *(if known)*  25-53640
        Name

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.47**  **Nonpriority creditor's name and mailing address**

Paradox, Inc.
P.O. Box 120188
Dept 0188
Dallas, TX 75312

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Services

**$ 2,000.00**

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.48**  **Nonpriority creditor's name and mailing address**

Perfect Circle Renewable Energy
P.O. Box 675046
Marietta, GA 30006

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Services

**$ 158.00**

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
✓ No
☐ Yes

---

**3.49**  **Nonpriority creditor's name and mailing address**

Philadelphia Insurance Companies
P.O. Box 70251
Philadelphia, PA 19176

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Insurance

**$ 2,890.00**

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
✓ No
☐ Yes

---

**3.50**  **Nonpriority creditor's name and mailing address**

Premier Grease
P.O. BOX 3535
Alpharetta, GA 30023

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Suppliers or Vendors

**$ 150.00**

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.51**  **Nonpriority creditor's name and mailing address**

PWH Mechanical, Inc.
472 Circle 85 Street
Atlanta, GA 30349

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Repairs and Maintenance

**$ 201,917.00**

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
✓ No
☐ Yes

---

| Debtor | Global Concessions Inc. | Case number (if known) 25-53640 |
|--------|-------------------------|----------------------------------|
|        | Name                    |                                  |

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.52** Nonpriority creditor's name and mailing address

Pye Barker
1000 Cobb Place Boulevard
Building 500, Suite 510
Kennesaw, GA 30144

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Services

**$ 8,534.00**

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.53** Nonpriority creditor's name and mailing address

Retail Data Systems of Hospitality
4616 S. Main Street
Acworth, GA 30101

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Services

**$ 976.00**

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.54** Nonpriority creditor's name and mailing address

Royal Food Service
P.O. Box 162389
Atlanta, GA 30321

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Food Vendor

**$ 59,529.00**

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.55** Nonpriority creditor's name and mailing address

Ryder Transportation Svcs
P.O. Box 402366
Atlanta, GA 30384

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Truck rental

**$ 19,710.00**

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.56** Nonpriority creditor's name and mailing address

Safeguard Business Systems
P.O. Box 645624
Cincinnati, OH 45264

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Suppliers or Vendors

**$ Unknown**

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

Debtor  Global Concessions Inc.                    Case number (if known)  25-53640
_____  _____                     _____
         Name

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.57** Nonpriority creditor's name and mailing address

Salad Works
Eight Tower Bridge 161 Washington Street
Suite 300
Conshohocken, PA 19428

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Franchise royalties

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

$ 2,379.00

---

**3.58** Nonpriority creditor's name and mailing address

Scala, Inc
7 Great Valley Parkway
Suite 300
Malvern, PA 19355

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

$ 50.00

---

**3.59** Nonpriority creditor's name and mailing address

SESAC
P.O. Box 737457
Dallas, TX 75373

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

$ 1,272.00

---

**3.60** Nonpriority creditor's name and mailing address

Severn Gainer
167 Trinity Avenue
Atlanta, GA 30303

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Loan-Unsecured

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

$ 30,000.00

---

**3.61** Nonpriority creditor's name and mailing address

Sidney Lee, Inc.
P.O. Box 429
Hampton, GA 30228

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

$ 815.00

---

| Debtor | Global Concessions Inc. | Case number *(if known)* 25-53640 |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.62** Nonpriority creditor's name and mailing address

Sidney's Spices
4100 Shirley Drive SW
Atlanta, GA 30336

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 581.00

---

**3.63** Nonpriority creditor's name and mailing address

Sysco Atlanta LLC
2225 Riverdale Road
Atlanta, GA 30337

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 1,081.00

---

**3.64** Nonpriority creditor's name and mailing address

T-MOBILE
P.O. Box 742596
Cincinnati, OH 45274

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Telephone / Internet services

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 814.00

---

**3.65** Nonpriority creditor's name and mailing address

Terrance Harps
140 Dink Scott Court
Ellenwood, GA 30294

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Monies Loaned / Advanced

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 300,000.00

---

**3.66** Nonpriority creditor's name and mailing address

The Engelman's Bakery
6185 Brook Hollow Parkway
Norcross, GA 30071

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 943.00

---

Debtor    Global Concessions Inc.
          Name                                                              Case number (if known) 25-53640

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.67** Nonpriority creditor's name and mailing address

Thompson Hine LLP
3560 Lenox Road
Atlanta, GA 30326

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Legal Services

$ 75,000.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.68** Nonpriority creditor's name and mailing address

TJ's Franchising, LLC C/O Great Wraps
17 Executive Park Drive
Suite 150
Atlanta, GA 30329

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Franchise royalties

$ 1,404.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.69** Nonpriority creditor's name and mailing address

Tracrite Software Inc.
1353 Kenaston Boulevard
Winnipeg, MB R3P 2P2 CANADA

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 3,150.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.70** Nonpriority creditor's name and mailing address

U.S. Small Business Administration
2 North Street
Suite 320
Birmingham, AL 35203

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** PPP

$ 1,406,969.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.71** Nonpriority creditor's name and mailing address

Young International Beverage Company
2717 Cascade Road SW
Atlanta, GA 30311

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 16,407.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

Official Form 206E/F    Schedule E/F: Creditors Who Have Unsecured Claims    page 16 of 17

Debtor    Global Concessions Inc    Case number *(if known)*    25-53640
         Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5. **Add the amounts of priority and nonpriority unsecured claims.**

|  |  |  | **Total of claim amounts** |
|---|---|---|---|
| 5a. **Total claims from Part 1** | 5a. |  | $ 155,593.00 |
| 5b. **Total claims from Part 2** | 5b. | + | $ 11,048,828.00 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. |  | $ 11,204,421.00 |

**Fill in this information to identify the case:**

Debtor name  Global Concessions Inc.

United States Bankruptcy Court for the:  Northern District of Georgia

Case number (If known):  25-53640    Chapter  11

☐ Check if this is an amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases            12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

■ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Agreement Regarding Renewal of Non-Traditional Franchise<br>Lessee | IHOP Restaurant<br>10 W. Walnut St.<br>Pasadena, CA, 91103 |
| 2.2 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Brewhouse License Agreement<br>Lessee | Boston Beer Corporation d/b/a Hard Seltzer Beverage Company<br>One Design Center Place,<br>Suite 850<br>Boston, MA, 02210 |
| 2.3 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | IHOP Non-Traditional Multi-Unit Franchise Agreement<br>Lessee | IHOP Restaurant<br>10 W. Walnut St.<br>Pasadena, CA, 91103 |
| 2.4 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | License Agreement | Leeann Chin, Inc.<br>3600 American West Boulevard<br>Suite 52, Bloomington<br>Minneapolis, MN, 55431 |
| 2.5 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Assignment of License Agreement to Limited Liability Company<br>Lessee | Terrance Harps<br>92 Westview Way<br>Eatonton, GA, 31024 |

Debtor   Global Concessions Inc.
_____
Name

Case number (if known) 25-53640
_____

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.6   State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number o any government contract | License Agreement<br>Lessee | Little Green Hen Ventures, LLC<br>9770 Spine Rd SW<br>Atlanta, GA, 30320 |
| 2.7   State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | Intellectual Property License Agreement<br>Lessee | MillerCoors LLC<br>250 South Wacker Drive<br>Chicago, IL, 60606 |
| 2.8   State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | Café Fresh Franchising Corp.<br>Franchise Agreement | Café Fresh Franchising Corp<br>Crest Centre, PO Box 51071 - 8697 Crest Drive<br>Burnaby, BC, Canada, V3N 5B9 |
| 2.9   State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | The Coffee Beanery, LTD.<br>Franchise Agreement<br>Lessee | The Coffee Beanery, LTD<br>3429 Pierson Place<br>Flushing, MI, 48433 |
| 2.10   State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | Location Franchise Agreement<br>Lessee | Great Wraps<br>4 Executive Park East<br>Suite 315<br>Atlanta, GA, 30329 |
| 2.11   State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | Development Agreement<br>Lessee | Saladworks, LLC<br>1001 Conshohocken State Road<br>Conshohocken, PA, 19428 |
| 2.12   State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | Location Franchise Agreement<br>Lessee | TJ's Sandwich<br>4 Executive Park East,<br>Suite 315<br>Atlanta, GA, 30329 |

| Debtor | Global Concessions Inc. | Case number (if known) | 25-53640 |
|--------|----------|---------|----------|
|        | Name     |         |          |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.13** State what the contract or lease is for and the nature of the debtor's interest

License Agreement
Lessee

Young International Beverage Company, LLC
2265 Cascade Road SW
Atlanta, GA, 30311

State the term remaining

List the contract number of any government contract

**2.14** State what the contract or lease is for and the nature of the debtor's interest

Krispy Kreme Doughnut Corporation
Franchise Agreement
Lessee

Krispy Kreme
P.O. Box 83
Winston Salem, NC, 27102

State the term remaining

List the contract number of any government contract

**2.15** State what the contract or lease is for and the nature of the debtor's interest

Leases for space at ATL airport
Lessee

City of Atlanta - DOA
P.O. Box 920500
Atlanta, GA, 30392-0500

State the term remaining

List the contract number of any government contract

**2.16** State what the contract or lease is for and the nature of the debtor's interest

Subleased properties at ATL airport

HMS Host
6705 Rockledge Drive
Bethesda, MD, 20817

State the term remaining

List the contract number of any government contract

**2.___** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**2.___** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**2.___** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

| Fill in this information to identify the case: |
| --- |

Debtor name __Global Concessions Inc.__

United States Bankruptcy Court for the: __Northern District of Georgia__

Case number (If known): __25-53640__

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Does the debtor have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2.** **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.*** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
| --- | --- | --- | --- |
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 Mitchell Martin | 2746 Dodson Lee Dr<br>Atlanta, GA 30344 | First Horizon Bank | ☑ D<br>☐ E/F<br>☐ G |
| 2.2<br><br>Terrance Harps | 92 Westview Way<br>Eatonton, GA 31024 | First Horizon Bank | ☑ D<br>☐ E/F<br>☐ G |
| 2.3<br><br>Kenneth Syphoe | 2913 Centennial Dr<br>Atlanta, GA 30313 | First Horizon Bank | ☑ D<br>☐ E/F<br>☐ G |
| 2.4<br><br>Dr. Martin Jeffries | 108 Elizabeth Street<br>Atlanta, GA 30307 | First Horizon Bank | ☑ D<br>☐ E/F<br>☐ G |
| 2.5<br><br>Dr. Erich Randolph | 159 The Prado<br>Atlanta, GA 30309 | First Horizon Bank | ☑ D<br>☐ E/F<br>☐ G |
| 2.6<br><br>Suzette Randolph | 285 Centennial Olympic Park<br>Atlanta, GA 30313 | First Horizon Bank | ☑ D<br>☐ E/F<br>☐ G |

Debtor    Global Concessions Inc.
_____
Name

Case number *(if known)*  25-53640

---

### ▮ Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2._7_ | Fred Williams | 2462 Navjo Trail<br>Atlanta, GA 30331 | First Horizon Bank | ☑ D<br>☐ E/F<br>☐ G |
| 2._8_ | Dr. Walter W. Reid | 872 Dolly Ave.<br>Atlanta, GA 30331 | First Horizon Bank | ☑ D<br>☐ E/F<br>☐ G |
| 2._9_ | Dr. Angela P. Shannon-Reid | 872 Dolly Ave.<br>Atlanta, GA 30331 | First Horizon Bank | ☑ D<br>☐ E/F<br>☐ G |
| 2.___ | | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.___ | | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.___ | | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.___ | | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.___ | | | | ☐ D<br>☐ E/F<br>☐ G |

---

**Fill in this information to identify the case:**

Debtor name    Global Concessions Inc.

United States Bankruptcy Court for the:    Northern District of Georgia

Case number (If known):    25-53640

☐ Check if this is an
amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/25

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

## Part 1:    Income

1. **Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From _____ MM / DD / YYYY to | Filing date _____ | ☑ Operating a business ☐ Other | $ 6,199,725.59 |
| **For prior year:** | From 01/01/2024 MM / DD / YYYY to | 12/31/2024 MM / DD / YYYY | ☑ Operating a business ☐ Other | $ 28,286,661.00 |
| **For the year before that:** | From 01/01/2023 MM / DD / YYYY to | 12/31/2023 MM / DD / YYYY | ☑ Operating a business ☐ Other | $ 22,104,245.00 |

2. **Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | | | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From _____ MM / DD / YYYY to | Filing date _____ | _____ | $ _____ |
| **For prior year:** | From _____ MM / DD / YYYY to | _____ MM / DD / YYYY | _____ | $ _____ |
| **For the year before that:** | From _____ MM / DD / YYYY to | _____ MM / DD / YYYY | _____ | $ _____ |

| Debtor | Global Concessions Inc. | Case number (if known) | 25-53640 |
|---|---|---|---|
| | Name | | |

---

| **Part 2:** | **List Certain Transfers Made Before Filing for Bankruptcy** |
|---|---|

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | See Attached SOFA Part 2, Question 3<br>Creditor's name | | $ 1,634,839.86 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| 3.2. | _____<br>Creditor's name | | $_____ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | Mitchell Martin<br>Insider's name<br>2746 Dodson Lee Dr.<br>Atlanta, GA 30344<br><br>Relationship to debtor<br>CFO | ____ ____ ____ | $ 130,000.00 | Payroll expense reimbursement |
| 4.2. | _____<br>Insider's name<br><br><br><br>Relationship to debtor | ____ ____ ____ | $_____ | |

---

| Debtor | Global Concessions Inc. | Case number *(if known)* | 25-53640 |
|---|---|---|---|
| | Name | | |

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| 5.1. | | | | $ |
| | Creditor's name | | | |
| 5.2. | | | | $ |
| | Creditor's name | | | |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| | Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|---|
| | | | | $ |
| | Creditor's name | | | |

Last 4 digits of account number: XXXX–_____

---

**Part 3:    Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☑ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | | | | ☐ Pending |
| | | | | ☐ On appeal |
| | Case number | | | ☐ Concluded |
| 7.2. | Case title | | Court or agency's name and address | ☐ Pending |
| | | | | ☐ On appeal |
| | Case number | | | ☐ Concluded |

---

Debtor    Global Concessions Inc.
_____
Name

Case number (if known)___25-53640_____

---

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| | _____ | $_____ |
| Custodian's name | **Case title** | **Court name and address** |
| | _____ | Name |
| | **Case number** | |
| | _____ | |
| | **Date of order or assignment** | |
| | _____ | |

---

**Part 4:    Certain Gifts and Charitable Contributions**

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1. _____ Recipient's name | | _____ | $_____ |
| | | _____ | $_____ |
| **Recipient's relationship to debtor** | | | |
| _____ | | | |
| 9.2. _____ Recipient's name | | _____ | $_____ |
| | | _____ | $_____ |
| **Recipient's relationship to debtor** | | | |
| _____ | | | |

---

**Part 5:    Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Date of loss | Value of property lost |
|---|---|---|---|
| | _____ | _____ | $_____ |

---

| Debtor | Global Concessions Inc. | Case number (if known) | 25-53640 |
|---|---|---|---|
| | Name | | |

| Part 6: | Certain Payments or Transfers |
|---|---|

### 11. Payments related to bankruptcy

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

|  | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Keck Legal | | 04/2025 | $ 75,000.00 |
| | **Address** | | | |
| | 2801 Buford Hwy, NE Suite 115 Atlanta, GA 30329 | | | |
| | **Email or website address** bkeck@kecklegal.com | | | |
| | **Who made the payment, if not debtor?** | | | |

|  | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | _____ | | _____ | $_____ |
| | **Address** | | | |
| | | | | |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

### 12. Self-settled trusts of which the debtor is a beneficiary

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| _____ | | _____ | $_____ |
| **Trustee** | | | |

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

| Debtor | Global Concessions Inc. | Case number (if known) | 25-53640 |
|--------|-------------------------|------------------------|----------|
|        | Name                    |                        |          |

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | _____ | | _____ | $_____ |
| | **Address** | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |
| 13.2. | **Who received transfer?** | | _____ | $_____ |
| | _____ | | | |
| | **Address** | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |

<br>

**Part 7:    Previous Locations**

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | | Dates of occupancy | |
|---|---|---|---|---|
| 14.1. | ATL Airport 6000 N Terminal Pkwy<br>Atlanta, GA 30320 | From | 01/01/2022 | To  12/31/2024 |
| 14.2. | | From | _____ | To  _____ |

Debtor    Global Concessions Inc.
_____        Case number *(if known)* 25-53640
Name

| **Part 8:** | **Health Care Bankruptcies** |
|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. _____<br>Facility name | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | _____<br><br>How are records kept?<br><br>*Check all that apply:*<br>☐ Electronically<br>☐ Paper |

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.2. _____<br>Facility name | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | _____<br><br>How are records kept?<br><br>*Check all that apply:*<br>☐ Electronically<br>☐ Paper |

| **Part 9:** | **Personally Identifiable Information** |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

Does the debtor have a privacy policy about that information?

☐ No

☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

Yes. Does the debtor serve as plan administrator?

☐ No. Go to Part 10.

☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: _____ |

Has the plan been terminated?

☐ No

☐ Yes

Debtor    Global Concessions Inc.
Name

Case number *(if known)* 25-53640

---

**Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | _____ Name | XXXX–_____ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |
| 18.2. | _____ Name | XXXX–_____ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____ Name | | | ☐ No<br>☐ Yes |
| Address | | | |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| See Attached SOFA Part 10, Question 20 Name | | | ☑ No<br>☐ Yes |
| Address | | | |

---

Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

Debtor    Global Concessions Inc.
_____
Name

Case number *(if known)* 25-53640
_____

---

| **Part 11:** | **Property the Debtor Holds or Controls That the Debtor Does Not Own** |
|---|---|

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | $_____ |
| _____ | | | |
| Name | | | |

---

| **Part 12:** | **Details About Environmental Information** |
|---|---|

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).
- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.
- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| _____ | | | ☐ Pending |
| **Case number** | | | ☐ On appeal |
| _____ | Name | | ☐ Concluded |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____ | | | _____ |
| Name | Name | | |

---

| Debtor | Global Concessions Inc. | Case number (if known) | 25-53640 |
|--------|-------------------------|------------------------|----------|
|        | Name                    |                        |          |

---

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|------------------------|-------------------------------------|------------------------------|----------------|
| Name                   | Name                                |                              |                |

---

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |
|---|---|

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | Name | | EIN: _____<br>Dates business existed<br><br>From _____    To _____ |
| 25.2. | Name | | EIN: _____<br>Dates business existed<br><br>From _____    To _____ |
| 25.3. | Name | | EIN: _____<br>Dates business existed<br><br>From _____    To _____ |

---

| Debtor | Global Concessions Inc. | Case number *(if known)* | 25-53640 |
|---|---|---|---|
| | Name | | |

---

### 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1. **Bethaney Willis** <br> Name <br> 7361 Melhana Lane, Union City, GA 30291 | From 04/28/2021 <br> To 04/28/2025 |

| Name and address | Dates of service |
|---|---|
| 26a.2. **Mitchell Martin** <br> Name <br> 2746 Dodson Lee Dr., East Point, GA 30344 | From _____ <br> To 01/05/2025 |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26b.1. **Mitchell Martin** <br> Name <br> 2746 Dodson Lee Dr., East Point, GA 30344 | From _____ <br> To _____ |

| Name and address | Dates of service |
|---|---|
| 26b.2. <br> Name | From _____ <br> To _____ |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. **Mitchell Martin** <br> Name <br> 2746 Dodson Lee Dr., East Point, GA 30344 | |

---

Debtor    Global Concessions Inc.
          _____          Case number *(if known)* 25-53640
          Name                                                              _____

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26c.2. _____
       Name

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|

26d.1.  First Horizon Bank
        _____
        Name
        2970 Peachtree Rd Nw, Suite 100, Atlanta, GA 30305

| Name and address |
|---|

26d.2.  Hanover Insurance Company
        _____
        Name
        1050 Crown Pointe Parkway Suite 500 Atlanta, GA 30338

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No
☑ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| To be supplemented | _____ | $ Unknown |

| Name and address of the person who has possession of inventory records |
|---|

27.1. _____
      Name

Debtor    Global Concessions Inc.
Name

Case number (if known) 25-53640

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | $ |
| **Name and address of the person who has possession of inventory records** | | |
| 27.2. | | |
| Name | | |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Terrance Harps | 92 Westview Way, Eatonton, GA 31024 | | 18.34 |
| Mitchell Martin | 2746 Dodson Lee Dr., Atlanta, GA 30344 | | 18.33 |
| Kenneth Syphoe | 2913 Centennial Dr., Atlanta, GA 30313 | | 18.33 |
| Dr. Martin Jeffries | 108 Elizabeth Street, Atlanta, GA 30307 | | 15 |
| Dr. Erich Randolph | 159 The Prado, Atlanta, GA 30309 | | 3.75 |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| | | | _____ To _____ |
| | | | _____ To _____ |
| | | | _____ To _____ |
| | | | _____ To _____ |

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. See Attached SOFA Part 13, Question 30 | 310,258.00 | | |
| Name | | | |
| | | | |
| **Relationship to debtor** | | | |
| | | | |

| Debtor | Global Concessions Inc. | Case number *(if known)* | 25-53640 |
| | Name | | |

---

**Name and address of recipient**

30.2

Name

_____

_____

**Relationship to debtor**

_____

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
| --- | --- |
| _____ | EIN: _____ |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
| --- | --- |
| _____ | EIN: _____ |

---

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    05/01/2025
                MM / DD / YYYY

✖ _____          Printed name    Mitchell Martin

Signature of individual signing on behalf of the debtor

Position or relationship to debtor    Chief Financial Officer

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☐ No

☑ Yes

---

| SOFA Part 2, Question 3 | | |
|---|---|---|
| Dates | Payee | Amount |
| 1/23/25 | ALSCO | 1,194.77 |
| 1/23/25 | ALSCO | 1,329.75 |
| 1/23/25 | ALSCO | 2,223.36 |
| 1/23/25 | ALSCO | 1,234.08 |
| 1/28/25 | ALSCO | 980.49 |
| 1/28/25 | ALSCO | 998.62 |
| 2/5/25 | ALSCO | 1,262.51 |
| 2/12/25 | ALSCO | 966.21 |
| 2/12/25 | ALSCO | 830.14 |
| 2/12/25 | ALSCO | 976.17 |
| 2/19/25 | ALSCO | 1,078.70 |
| 2/19/25 | ALSCO | 870.67 |
| 2/25/25 | ALSCO | 991.41 |
| 2/25/25 | ALSCO | 558.86 |
| 3/11/25 | ALSCO | 1,112.67 |
| 3/11/25 | ALSCO | 972.94 |
| 3/18/25 | ALSCO | 1,822.87 |
| 3/18/25 | ALSCO | 1,982.55 |
| 3/25/25 | ALSCO | 223.53 |
| 3/25/25 | ALSCO | 360.03 |
| 1/13/25 | AT&T | 3,237.61 |
| 1/23/25 | AT&T | 359.98 |
| 1/23/25 | AT&T | 618.00 |
| 1/28/25 | AT&T | 138.12 |
| 1/28/25 | AT&T | 621.24 |
| 1/28/25 | AT&T | 110.97 |
| 1/28/25 | AT&T | 900.54 |
| 2/19/25 | AT&T | 204.01 |
| 2/19/25 | AT&T | 121.76 |
| 2/19/25 | AT&T | 621.24 |
| 2/25/25 | AT&T | 320.96 |
| 2/25/25 | AT&T | 192.92 |
| 2/25/25 | AT&T | 906.89 |
| 3/25/25 | AT&T | 14.03 |
| 3/25/25 | AT&T | 621.24 |
| 3/25/25 | AT&T | 395.83 |
| 3/25/25 | AT&T | 419.98 |
| 3/25/25 | AT&T | 901.08 |
| 3/25/25 | AT&T | 121.76 |
| 2/21/25 | Atlanta Airlines Terminal Corporation | 33,535.99 |
| 2/21/25 | Atlanta Airlines Terminal Corporation | 31,017.47 |
| 1/13/25 | Baily Iinternational of Atlanta | 17,471.85 |

| | | |
|---|---|---|
| 1/13/25 | Baily Iinternational of Atlanta | 16,229.77 |
| 1/23/25 | Baily Iinternational of Atlanta | 16,118.14 |
| 1/23/25 | Baily Iinternational of Atlanta | 10,582.85 |
| 1/28/25 | Baily Iinternational of Atlanta | 12,831.79 |
| 1/28/25 | Baily Iinternational of Atlanta | 16,359.71 |
| 2/5/25 | Baily Iinternational of Atlanta | 13,277.62 |
| 2/5/25 | Baily Iinternational of Atlanta | 9,454.35 |
| 2/19/25 | Baily Iinternational of Atlanta | 15,896.30 |
| 2/25/25 | Baily Iinternational of Atlanta | 14,586.38 |
| 3/6/25 | Baily Iinternational of Atlanta | 6,056.09 |
| 3/6/25 | Baily Iinternational of Atlanta | 20,313.32 |
| 3/11/25 | Baily Iinternational of Atlanta | 10,840.45 |
| 3/11/25 | Baily Iinternational of Atlanta | 15,417.65 |
| 3/18/25 | Baily Iinternational of Atlanta | 11,656.03 |
| 3/18/25 | Baily Iinternational of Atlanta | 10,928.67 |
| 3/25/25 | Baily Iinternational of Atlanta | 14,101.11 |
| 1/14/25 | Bethaney Willis | 3,737.50 |
| 1/28/25 | Bethaney Willis | 3,282.50 |
| 2/12/25 | Bethaney Willis | 3,737.50 |
| 2/25/25 | Bethaney Willis | 3,217.50 |
| 3/11/25 | Bethaney Willis | 3,022.50 |
| 3/25/25 | Bethaney Willis | 3,542.50 |
| 1/23/25 | City of Atlanta - DOA | 46,172.78 |
| 2/24/25 | City of Atlanta - DOA | 4,000.00 |
| 3/14/25 | City of Atlanta - DOA | 11,500.00 |
| 3/14/25 | City of Atlanta - DOA | 41,704.40 |
| 3/14/25 | City of Atlanta - DOA | 72,076.28 |
| 3/27/25 | City of Atlanta - DOA | 4,000.00 |
| 1/13/25 | City of Atlanta - Watershed Management | 300.00 |
| 1/23/25 | City of Atlanta - Watershed Management | 900.00 |
| 1/23/25 | City of Atlanta - Watershed Management | 300.00 |
| 1/23/25 | City of Atlanta - Watershed Management | 900.00 |
| 1/23/25 | City of Atlanta - Watershed Management | 900.00 |
| 1/28/25 | City of Atlanta - Watershed Management | 1,500.00 |
| 1/28/25 | City of Atlanta - Watershed Management | 1,800.00 |
| 1/28/25 | City of Atlanta - Watershed Management | 1,800.00 |
| 1/28/25 | City of Atlanta - Watershed Management | 1,800.00 |
| 1/28/25 | City of Atlanta - Watershed Management | 1,800.00 |
| 1/28/25 | City of College Park | 1,061.58 |
| 2/25/25 | City of College Park | 968.12 |
| 3/18/25 | City of College Park | 473.00 |
| 3/25/25 | City of College Park | 1,591.63 |
| 3/25/25 | City of College Park | 994.72 |
| 1/28/25 | Clayton Co Comm Development | 5,577.91 |

| 2/25/25 | Clayton Co Comm Development | 5,047.80 |
|---|---|---|
| 3/25/25 | Clayton Co Comm Development | 4,894.13 |
| 2/20/25 | Clayton County Tax Comm | 93.81 |
| 3/6/25 | Clayton County Tax Comm | 1,368.00 |
| 3/6/25 | Clayton County Tax Comm | 1,673.63 |
| 3/6/25 | Clayton County Tax Comm | 677.73 |
| 3/18/25 | Clayton County Tax Comm | 2,520.77 |
| 3/25/25 | Clayton County Tax Comm | 3,294.49 |
| 1/13/25 | Coca-Cola Bottling Co. United | 3,545.39 |
| 1/28/25 | Coca-Cola Bottling Co. United | 10,903.39 |
| 1/28/25 | Coca-Cola Bottling Co. United | 7,878.00 |
| 2/5/25 | Coca-Cola Bottling Co. United | 6,923.05 |
| 2/12/25 | Coca-Cola Bottling Co. United | 12,553.05 |
| 2/19/25 | Coca-Cola Bottling Co. United | 8,807.97 |
| 2/25/25 | Coca-Cola Bottling Co. United | 7,691.08 |
| 3/11/25 | Coca-Cola Bottling Co. United | 9,347.45 |
| 3/18/25 | Coca-Cola Bottling Co. United | 10,685.87 |
| 3/25/25 | Coca-Cola Bottling Co. United | 8,381.96 |
| 1/13/25 | Collins Wholesale | 1,649.88 |
| 1/23/25 | Collins Wholesale | 1,187.45 |
| 1/28/25 | Collins Wholesale | 1,749.35 |
| 1/28/25 | Collins Wholesale | 755.85 |
| 2/5/25 | Collins Wholesale | 727.50 |
| 2/12/25 | Collins Wholesale | 1,499.75 |
| 2/19/25 | Collins Wholesale | 1,291.00 |
| 2/25/25 | Collins Wholesale | 919.75 |
| 3/11/25 | Collins Wholesale | 893.80 |
| 3/18/25 | Collins Wholesale | 1,089.40 |
| 3/25/25 | Collins Wholesale | 1,582.40 |
| 3/7/25 | Cornerstone Preferred Resources | 17,652.35 |
| 3/18/25 | Cornerstone Preferred Resources | 17,711.92 |
| 1/28/25 | Eddie Jackson | 4,500.00 |
| 2/5/25 | Eddie Jackson | 4,500.00 |
| 1/13/25 | EMC | 4,525.00 |
| 1/24/25 | EMC | 2,350.00 |
| 1/24/25 | EMC | 1,623.32 |
| 1/28/25 | EMC | 2,395.00 |
| 1/28/25 | EMC | 1,820.00 |
| 2/5/25 | EMC | 3,900.00 |
| 2/12/25 | EMC | 2,645.00 |
| 2/12/25 | EMC | 2,200.00 |
| 2/19/25 | EMC | 1,986.66 |
| 2/19/25 | EMC | 3,450.00 |
| 2/25/25 | EMC | 1,157.50 |

| 2/25/25 | EMC | 3,275.00 |
|---|---|---|
| 3/6/25 | EMC | 3,520.00 |
| 3/11/25 | EMC | 2,020.00 |
| 3/11/25 | EMC | 2,250.00 |
| 3/18/25 | EMC | 1,940.00 |
| 3/18/25 | EMC | 3,625.00 |
| 3/25/25 | EMC | 2,520.00 |
| 1/13/25 | Environmental Health Services | 1,400.00 |
| 1/23/25 | Environmental Health Services | 1,850.00 |
| 1/23/25 | Environmental Health Services | 1,750.00 |
| 1/28/25 | Environmental Health Services | 3,850.00 |
| 1/30/25 | Environmental Health Services | 3,650.00 |
| 3/26/25 | Eric O. Sloan Jr. | 6,875.00 |
| 3/26/25 | Eric O. Sloan Jr. | 6,875.00 |
| 3/11/25 | First Horizon Bank | 15,000.00 |
| 3/17/25 | First Horizon Bank | 15,000.00 |
| 3/26/25 | Global Concessions/Jackmont, J.V. | 16,694.12 |
| 1/13/25 | GW Brands LLC | 1,085.57 |
| 2/5/25 | GW Brands LLC | 4,151.91 |
| 2/5/25 | GW Brands LLC | 1,231.19 |
| 2/25/25 | GW Brands LLC | 3,855.61 |
| 2/25/25 | GW Brands LLC | 1,364.97 |
| 1/13/25 | IHOP Franchising LLC | 3,494.61 |
| 1/24/25 | IHOP Franchising LLC | 561.43 |
| 2/5/25 | IHOP Franchising LLC | 5,284.21 |
| 2/25/25 | IHOP Franchising LLC | 4,803.80 |
| 3/11/25 | IHOP Franchising LLC | 3,995.51 |
| 3/11/25 | IHOP Franchising LLC | 51.75 |
| 3/18/25 | IHOP Franchising LLC | 3,887.94 |
| 1/13/25 | Jackmont Hospitality | 14,423.61 |
| 2/12/25 | Jackmont Hospitality | 8,347.06 |
| 1/13/25 | James Gray LLC | 3,722.06 |
| 1/23/25 | James Gray LLC | 3,414.53 |
| 1/28/25 | James Gray LLC | 3,414.53 |
| 1/31/25 | James Gray LLC | 1,600.00 |
| 2/5/25 | James Gray LLC | 3,250.00 |
| 2/12/25 | James Gray LLC | 3,385.65 |
| 2/19/25 | James Gray LLC | 3,250.00 |
| 2/25/25 | James Gray LLC | 3,414.53 |
| 3/11/25 | James Gray LLC | 3,161.53 |
| 3/18/25 | James Gray LLC | 3,250.00 |
| 3/25/25 | James Gray LLC | 3,170.69 |
| 3/25/25 | James Gray LLC | 612.66 |
| 3/25/25 | James Gray LLC | 190.09 |

| 3/25/25 | James Gray LLC | 5,530.10 |
|---|---|---|
| 2/5/25 | Leeann Chin Inc. | 17,944.65 |
| 2/25/25 | Leeann Chin Inc. | 15,667.87 |
| 2/6/25 | Little Green Hen Ventores, LLC | 8,082.63 |
| 2/25/25 | Little Green Hen Ventores, LLC | 7,562.97 |
| 1/17/25 | Mae Gilley & Associates, LLC | 2,448.00 |
| 2/10/25 | Mae Gilley & Associates, LLC | 2,520.00 |
| 2/12/25 | Mae Gilley & Associates, LLC | 2,664.00 |
| 3/18/25 | Mae Gilley & Associates, LLC | 2,664.00 |
| 2/5/25 | MARTA | 8,721.00 |
| 3/6/25 | MARTA | 7,994.25 |
| 3/3/25 | Matthew R. Martin | 25,000.00 |
| 1/13/25 | Michael S. Gaillard | 5,500.00 |
| 3/11/25 | Michael S. Gaillard | 5,500.00 |
| 1/13/25 | Mitchell A. Martin | 4,185.00 |
| 1/15/25 | Mitchell A. Martin | 255.00 |
| 1/30/25 | Mitchell A. Martin | 6,227.00 |
| 2/10/25 | Mitchell A. Martin | 6,000.00 |
| 2/12/25 | Mitchell A. Martin | 6,227.00 |
| 2/13/25 | Mitchell A. Martin | 6,000.00 |
| 2/20/25 | Mitchell A. Martin | 10,000.00 |
| 2/26/25 | Mitchell A. Martin | 5,000.00 |
| 3/7/25 | Mitchell A. Martin | 5,000.00 |
| 3/7/25 | Mitchell A. Martin | 5,000.00 |
| 3/10/25 | Mitchell A. Martin | 5,000.00 |
| 3/10/25 | Mitchell A. Martin | 5,000.00 |
| 3/10/25 | Mitchell A. Martin | 10,000.00 |
| 3/11/25 | Mitchell A. Martin | 6,227.00 |
| 3/13/25 | Mitchell A. Martin | 8,000.00 |
| 3/19/25 | Mitchell A. Martin | 7,500.00 |
| 3/19/25 | Mitchell A. Martin | 7,500.00 |
| 3/19/25 | Mitchell A. Martin | 10,000.00 |
| 3/19/25 | Mitchell A. Martin | 10,000.00 |
| 3/21/25 | Mitchell A. Martin | 135.22 |
| 3/27/25 | Mitchell A. Martin | 7,500.00 |
| 3/27/25 | Mitchell A. Martin | 7,500.00 |
| 1/13/25 | Prince Management, LLC | 3,782.00 |
| 1/23/25 | Prince Management, LLC | 3,750.00 |
| 2/5/25 | Prince Management, LLC | 3,750.00 |
| 2/19/25 | Prince Management, LLC | 3,766.00 |
| 3/6/25 | Prince Management, LLC | 3,750.00 |
| 3/18/25 | Prince Management, LLC | 3,500.00 |
| 1/17/25 | PWH Mechanical, Inc. | 3,014.22 |
| 1/17/25 | PWH Mechanical, Inc. | 4,957.79 |

| | | |
|---|---|---|
| 1/24/25 | PWH Mechanical, Inc. | 3,177.49 |
| 1/24/25 | PWH Mechanical, Inc. | 2,328.66 |
| 2/10/25 | PWH Mechanical, Inc. | 2,568.12 |
| 2/10/25 | PWH Mechanical, Inc. | 2,245.04 |
| 2/21/25 | PWH Mechanical, Inc. | 5,617.86 |
| 3/14/25 | PWH Mechanical, Inc. | 1,762.28 |
| 3/14/25 | PWH Mechanical, Inc. | 7,522.52 |
| 3/25/25 | PWH Mechanical, Inc. | 4,732.69 |
| 3/25/25 | PWH Mechanical, Inc. | 1,804.55 |
| 1/28/25 | Retail Data Systems of Hospitality | 652.78 |
| 2/19/25 | Retail Data Systems of Hospitality | 649.63 |
| 2/21/25 | Retail Data Systems of Hospitality | 5,000.00 |
| 2/25/25 | Retail Data Systems of Hospitality | 1,139.86 |
| 3/6/25 | Retail Data Systems of Hospitality | 653.08 |
| 3/25/25 | Retail Data Systems of Hospitality | 976.17 |
| 1/13/25 | Royal Food Service | 8,154.65 |
| 1/13/25 | Royal Food Service | 7,208.53 |
| 1/23/25 | Royal Food Service | 7,528.49 |
| 1/23/25 | Royal Food Service | 11,080.19 |
| 1/28/25 | Royal Food Service | 9,837.66 |
| 1/28/25 | Royal Food Service | 6,104.53 |
| 1/31/25 | Royal Food Service | 4,766.32 |
| 2/5/25 | Royal Food Service | 7,995.83 |
| 2/5/25 | Royal Food Service | 6,281.67 |
| 2/12/25 | Royal Food Service | 3,148.79 |
| 2/12/25 | Royal Food Service | 5,589.91 |
| 2/19/25 | Royal Food Service | 6,897.27 |
| 2/19/25 | Royal Food Service | 2,524.64 |
| 2/25/25 | Royal Food Service | 7,584.30 |
| 2/25/25 | Royal Food Service | 4,203.20 |
| 3/6/25 | Royal Food Service | 7,126.88 |
| 3/6/25 | Royal Food Service | 6,931.79 |
| 3/11/25 | Royal Food Service | 7,625.86 |
| 3/11/25 | Royal Food Service | 7,113.27 |
| 3/18/25 | Royal Food Service | 8,929.31 |
| 3/18/25 | Royal Food Service | 7,001.11 |
| 3/25/25 | Royal Food Service | 7,075.63 |
| 3/25/25 | Royal Food Service | 6,965.77 |
| 3/26/25 | Sloan Advisory Company, LLC | 7,500.00 |
| 3/26/25 | Sloan Advisory Company, LLC | 7,500.00 |
| 1/23/25 | SYSCO Atlanta LLC | 3,657.47 |
| 1/28/25 | SYSCO Atlanta LLC | 3,649.06 |
| 2/5/25 | SYSCO Atlanta LLC | 1,962.21 |
| 2/6/25 | SYSCO Atlanta LLC | 4,295.28 |

| | | |
|---|---|---|
| 2/19/25 | SYSCO Atlanta LLC | 4,401.49 |
| 2/25/25 | SYSCO Atlanta LLC | 3,774.79 |
| 3/6/25 | SYSCO Atlanta LLC | 3,324.41 |
| 3/11/25 | SYSCO Atlanta LLC | 2,552.16 |
| 3/18/25 | SYSCO Atlanta LLC | 2,652.11 |
| 1/13/25 | Terrance D. Harps | 6,227.00 |
| 1/30/25 | Terrance D. Harps | 6,227.00 |
| 2/12/25 | Terrance D. Harps | 6,227.00 |
| 3/11/25 | Terrance D. Harps | 6,227.00 |
| 2/5/25 | The Coffee Beanery, LTD | 3,378.70 |
| 2/5/25 | The Coffee Beanery, LTD | 4,143.01 |
| 2/12/25 | The Coffee Beanery, LTD | 2,561.14 |
| 3/6/25 | The Coffee Beanery, LTD | 4,919.11 |
| 3/11/25 | The Coffee Beanery, LTD | 1,751.86 |
| 3/14/25 | The Coffee Beanery, LTD | 9,888.38 |
| 3/21/25 | The Coffee Beanery, LTD | 6,719.95 |
| 3/25/25 | The Coffee Beanery, LTD | 4,201.95 |
| 1/13/25 | The Martinson Group, LLC | 3,900.00 |
| 1/27/25 | The Martinson Group, LLC | 4,984.14 |
| 2/12/25 | The Martinson Group, LLC | 3,900.00 |
| 3/5/25 | The Martinson Group, LLC | 3,900.00 |
| 3/27/25 | The Martinson Group, LLC | 3,900.00 |
| 2/5/25 | Thompson Hine LLP | 11,655.00 |
| 3/17/25 | Thompson Hine LLP | 25,952.00 |
| 3/20/25 | Thompson Hine LLP | 26,744.15 |
| 3/20/25 | Thompson Hine LLP | 28,677.00 |

| Debtor Name | Global Concessions Inc. | Case number *(if known)* | 25-53640 |

## Continuation Sheet for Official Form 207

**28) Additional people in control of the debtor at the time of the filing of this case**

| | | |
|---|---|---|
| **Suzette Randolph** | 285 Centennial Olympic Park, Atlanta, GA 30313 | 3.75 |
| **Fred Williams** | 2462 Navjo Trail, Atlanta, GA 30331 | 7.50 |
| **Dr. Walter W. Reid** | 872 Dolly Ave., Atlanta, GA 30331 | 7.50 |
| **Dr. Angela P. Shannon-Reid** | 872 Dolly Ave., Atlanta, GA 30331 | 7.50 |

**See Attached SOFA Part 13, Question 28**

| SOFA Part 10, Question 20 | | | | | |
|---|---|---|---|---|---|
| Storage Facility | Facility Address | Contents | Value | Still Owned | Accessor |
| Concoure F - ATL Airport | 6000 N Terminal Pkwy, Atlanta, GA 30320 | Product Inventory - 5 Storage units | $          - | No | Zonia Adams 1134 Providence Place, Decatur, Ga 30033 |
| Concourse C - ATL Airport | 6000 N Terminal Pkwy, Atlanta, GA 30320 | Product Inventory - 1 Storage unit | $          - | No | Zonia Adams 1134 Providence Place, Decatur, Ga 30033 |
| Atrium - ATL Airport | 6000 N Terminal Pkwy, Atlanta, GA 30320 | 1 Storage: Product inventory | $          - | No | Zonia Adams 1134 Providence Place, Decatur, Ga 30033 |
| Life Storage | 3118 Sylvan Rd Hapeville, Douglasville, GA 30154 | 3015 - 13 1C14-13 | $          - | No | Zonia Adams 1134 Providence Place, Decatur, Ga 30033 |

| | | | | | |
|---|---|---|---|---|---|
| **SOFA Part 13, Question 30** | | | | | |
| **Dates** | **Insider** | **Insider Address** | **Amount** | **Reason** | **Relationship to Debtor** |
| | Dr. Martin Jeffries | 108 Elizabeth Street, Atlanta, GA 30307 | $    3,000.00 | Board fees | Board Member |
| | Dr. Erich Randolph | 159 The Prado, Atlanta, GA 30309 | $    2,000.00 | Board fees | Board Member |
| | | | | | |
| | | | | | |
| | Terrance Harps | 92 Westview Way, Eatonton, GA 31024 | $ 164,402.00 | Management & Board fees | President & Chairman/Board Member |
| | Mitchell Martin | 2746 Dodson Lee Dr., East Point, Atlanta, GA 30344 | $ 122,366.00 | Management & Board fees | Treasurer/Board Member |
| | Kenneth Syphoe | 2913 Centennial Dr., Conyers, Atlanta, GA 30313 | $  18,490.00 | Management & Board fees | Secretary/Board Member |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court

<u>Northern District of Georgia</u>

**In re**  Global Concessions Inc.

Case No. <u>25-53640</u>

**Debtor**

Chapter <u>11</u>

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

☐ <u>FLAT FEE</u>

For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____

Prior to the filing of this statement I have received. . . . . . . . . . . . . . . . . . . . . . . $_____

Balance Due. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____

☑ <u>RETAINER</u>

For legal services, I have agreed to accept a retainer of . . . . . . . . . . . . . . . . . . . $<u>75,000.00</u>

The undersigned shall bill against the retainer at an hourly rate of  . . . . . . . . . . $<u>465.00</u>

[Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

2.  The source of the compensation paid to me was:

☑ Debtor          ☐ Other (specify)

3.  The source of compensation to be paid to me is:

☑ Debtor          ☐ Other (specify)

4.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the Agreement, together with a list of the names of the people sharing the compensation is attached.

5.  In return of the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

    d.  [Other provisions as needed]

Example of the legal services to be included in the Attorney Fee Disclosure

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

Example of the services listed in the Attorney Fee Disclosure that are not included

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

05/01/2025
_____

*Date*

_____

*Signature of Attorney*

Keck Legal, LLC
_____

*Name of law firm*
2801 Buford Highway NE
Suite 115
Atlanta, GA 30329

**United States Bankruptcy Court**

IN RE:                                                  Case No. 25-53640
_____

Global Concessions Inc.
_____    Chapter 11
_____

## LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (Or Percentage) | Security Class (or kind of interest) |
|---|---|---|
| Terrance Harps<br>92 Westview Way, Eatonton, GA 31024 | 18.34 | |
| Mitchell Martin<br>2746 Dodson Lee Dr., Atlanta, GA 30344 | 18.33 | |
| Kenneth Syphoe<br>2913 Centennial Dr., Atlanta, GA 30313 | 18.33 | |
| Dr. Martin Jeffries<br>108 Elizabeth Street, Atlanta, GA 30307 | 15 | |
| Dr. Erich Randolph<br>159 The Prado, Atlanta, GA 30309 | 3.75 | |
| Suzette Randolph<br>285 Centennial Olympic Park, Atlanta, GA 30313 | 3.75 | |

**United States Bankruptcy Court**

IN RE:                                                    Case No. 25-53640
_____

Global Concessions Inc.
_____  Chapter 11 _____

## LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (Or Percentage) | Security Class (or kind of interest) |
| --- | --- | --- |
| Fred Williams 2462 Navjo Trail, Atlanta, GA 30331 | 7.50 | |
| Dr. Walter W. Reid 872 Dolly Ave., Atlanta, GA 30331 | 7.50 | |
| Dr. Angela P. Shannon-Reid 872 Dolly Ave., Atlanta, GA 30331 | 7.50 | |

# Global Schedules - Final

**Final Audit Report**                                                     2025-05-02

| | |
|---|---|
| Created: | 2025-05-02 |
| By: | Benjamin Keck (bkeck@kecklegal.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAA1Rjvxa87y7R_17sp5ent3mdRhsk3f8OR |

## "Global Schedules - Final" History

Document created by Benjamin Keck (bkeck@kecklegal.com)
2025-05-02 - 1:54:42 AM GMT

Document emailed to mmartin@mhs-atl.com for signature
2025-05-02 - 1:56:03 AM GMT

Email viewed by mmartin@mhs-atl.com
2025-05-02 - 2:01:03 AM GMT

Signer mmartin@mhs-atl.com entered name at signing as Mitchell A. Martin
2025-05-02 - 2:09:09 AM GMT

Document e-signed by Mitchell A. Martin (mmartin@mhs-atl.com)
Signature Date: 2025-05-02 - 2:09:11 AM GMT - Time Source: server

Agreement completed.
2025-05-02 - 2:09:11 AM GMT

**Adobe Acrobat Sign**