**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 25-53640-PMB |
| | : | |
| GLOBAL CONCESSIONS, INC., | : | |
| | : | CHAPTER 11 |
| DEBTOR. | : | |

**APPOINTMENT AND NOTICE OF APPOINTMENT OF COMMITTEE OF CREDITORS HOLDING UNSECURED CLAIMS**

Pursuant to 11 U.S.C. § 1102(a), the United States Trustee for Region 21 hereby appoints the creditors listed on the attached Exhibit "A" to serve on the Committee of Creditors Holding Unsecured Claims in the above-captioned case.

    MARY IDA TOWNSON
    UNITED STATES TRUSTEE,
    REGION 21

    *s/ Jonathan S. Adams*
    Jonathan S. Adams
    Georgia Bar No. 979073
    Office of the United States Trustee
    362 Richard B. Russell Building
    75 Ted Turner Drive, S.W.
    Atlanta, Georgia 30303
    (404) 331-4438
    Jonathan.S.Adams@usdoj.gov

# EXHIBIT A

**Atlanta Airline Terminal Company**

    Atlanta Airlines Terminal Company

    Attn: Kim Green

    6000 North Terminal Parkway

    3rd Floor

    Atlanta, Georgia 30320

    (404) 530-2111

    kgreen@aatc.org

    Colin Bernardino

    Kilpatrick Townsend & Stockton LLP

    1100 Peachtree Street, N.E.

    Suite 2800

    Atlanta, Georgia 30309

    (404) 532-6949

    cbernardino@ktslaw.com

**Michael S. Gaillard**

    Michael S. Gaillard

    3671 Strath Drive

    Alpharetta, Georgia 30005

    Thomas McClendon

    Jones & Walden, LLC

    699 Piedmont Avenue, N.E.

    Atlanta, Georgia 30308

    (404) 564-9300

    tmcclendon@joneswalden.com

**Performance Food Group, Inc.**

Performance Food Group, Inc.

Attn: David Easton

12500 West Creek Parkway

Richmond, Virginia 23238

(804) 380-4005

deaston@pfgc.com

## Certificate of Service

      This is to certify that I have on May 8, 2025, electronically filed the foregoing Appointment and Notice of Appointment of Committee of Creditors Holding Unsecured Claims using the Bankruptcy Court's Electronic Case Filing program, and served as followed by electronic mail:

kgreen@aatc.org

cbernardino@ktslaw.com

tmcclendon@joneswalden.com

deaston@pfgc.com

 

*s/ Jonathan S. Adams*
Jonathan S. Adams
Georgia Bar No. 979073
Office of the United States Trustee
362 Richard B. Russell Building
75 Ted Turner Drive, S.W.
Atlanta, Georgia 30303
(404) 331-4438
Jonathan.S.Adams@usdoj.gov