**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| **In Re:** | **Chapter 11** |
| **GLOBAL CONCESSIONS, INC.,** | **Case No. 25-53640-PMB** |
| **Debtor.** | |

<u>**NOTICE OF OMNIBUS HEARINGS**</u>

**PLEASE TAKE NOTICE** that Global Concessions, Inc. as debtor and debtor-in-possession in the above-captioned chapter 11 case (the "**Debtor**") has scheduled the following omnibus hearings before the Honorable Paul M. Baisier in the United States Bankruptcy Court for the Northern District of Georgia (the "**Court**"):

**July 23 2025 at 9:30 a.m. (Eastern Time)**
**August 13, 2025 at 9:30 a.m. (Eastern Time)**
**August 25, 2025 at 9:30 a.m. (Eastern Time)**

**PLEASE TAKE NOTICE** that the foregoing hearings will take place at **the United States Bankruptcy Court for the Northern District of Georgia, 75 Ted Turner Dr. SW, Courtroom 1202, Atlanta, Georgia 30303,** which may be attended in person or virtually via the Court's Virtual Hearing Room. You may join the Virtual Hearing Room through the "Dial-in and Virtual Bankruptcy Hearing Information" link at the top of the homepage of the Court's website, www.ganb.uscourts.gov, or the Virtual Hearing Room link on Judge Baisier's webpage, which can be found at https://www.ganb.uscourts.gov/content/honorable-paul-m-baisier. Please also review the "Hearing Information" tab on Judge Baisier's webpage for further information about the hearings. You should be prepared to appear at the hearings via video, but you may leave your camera in the off position

until the Court instructs otherwise. Unrepresented persons who do not have video capability may use the telephone dial-in information on Judge Baisier's webpage.

Dated: June 17, 2025                    Respectfully submitted,

                                        KECK LEGAL, LLC

                                        */s/ Benjamin R. Keck*
                                        Benjamin R. Keck, Ga. Bar No. 943504
                                        2801 Buford Highway NE, Suite 115
                                        Atlanta, GA 30329
                                        Tel. (470) 826-6020
                                        bkeck@kecklegal.com
                                        *Counsel for the Debtor*