**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| In Re: | CASE NO. 25-53640-PMB |
| GLOBAL CONCESSIONS, INC., | CHAPTER 11 |
| Debtor. | |

**NOTICE OF HEARING ON THE MOTION TO EXTEND DEADLINE TO ASSUME OR REJECT UNEXPIRED LEASES OF NON-RESIDENTIAL REAL ESTATE PROPERTY**

The above captioned debtor-in-possession (the "**Debtor**"), by and through Debtor's counsel, filed its Motion to Extend Deadline to Assume or Reject Unexpired Leases of Non- Residential Real Estate Property (the "**Motion**") on June 30, 2025.

**If you object to the relief requested in this pleading, you must timely file your objection with the Bankruptcy Clerk** at United States Bankruptcy Court, 75 Ted Turner Drive SW, Room 1340, Atlanta, GA 30303 and serve a copy on the movant's attorney, Keck Legal, LLC Attn: Benjamin R. Keck, 2801 Buford Hwy NE, Suite 115 Atlanta, Georgia 30329, and any other appropriate persons by the objection deadline. The response or objection must explain your position and be actually received by the Bankruptcy Clerk within the required time.

A hearing on the pleading has been scheduled for **July 23, 2025** at **9:30 a.m. in Courtroom 1202, U.S. Courthouse, 75 Ted Turner Drive SW, Atlanta, GA 30303,** which may be attended in person or via the Court's Virtual Hearing Room. You may join the Virtual Hearing Room through the "Dial-in and Virtual Bankruptcy Hearing Information" link at the top of the homepage of the Court's website, www.ganb.uscourts.gov, or the link on the judge's webpage, which can also be found on the Court's website. Please also review the "Hearing Information" tab on the judge's webpage for further information about the hearing. You should be prepared to appear at the hearing via video, but you may leave your camera in the off position until the Court instructs otherwise. Unrepresented persons who do not have video capability may use the telephone dial-in information on the judge's webpage.

If an objection or response is timely filed and served, the hearing will proceed as scheduled. **If you do not file a response or objection within the time permitted, the Court may grant the relief requested without further notice or hearing** provided that an order approving the relief requested is entered at least one business day prior to the scheduled hearing. If no objection is timely filed, but no order is entered granting the relief requested at least one business day prior to the hearing, the hearing will be held at the time and place as scheduled.

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, **you may wish to consult one.**

Dated: June 30, 2025                                    Respectfully submitted,

**KECK LEGAL, LLC**

<u>/s/ Jonathan Clements</u>
Benjamin R. Keck, Ga. Bar No. 943504
Jonathan Clements, Ga. Bar No. 130051
2801 Buford Highway NE, Suite 115
Atlanta, GA 30329
Tel. (470) 826-6020
bkeck@kecklegal.com
jclements@kecklegal.com
*Counsel for Debtor*

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| In Re:<br><br>**GLOBAL CONCESSIONS, INC.,**<br><br>Debtor. | **CASE NO. 25-53640-PMB**<br><br>**CHAPTER 11** |

### DEBTOR'S MOTION TO EXTEND DEADLINE
### TO ASSUME OR REJECT UNEXPIRED LEASES
### OF NON-RESIDENTIAL REAL ESTATE PROPERTY

**COMES NOW** Global Concessions, Inc. (the "**Debtor**"), the Debtor and Debtor-in-Possession in the above-referenced case, hereby files this *Motion to Extend Deadline to Assume or Reject Unexpired Leases of Non-Residential Real Estate Property* (the "**Motion**"), and in support thereof respectfully shows the Court as follows:

### Factual and Procedural Background

1. On April 2, 2025 (the "**Petition Date**"), the Debtor filed a voluntary petition for relief under the United States Bankruptcy Code (the "**Bankruptcy Code**").  Since the Petition Date, the Debtor has continued managing its financial affairs as debtor-in-possession pursuant to Section 1184 and 1186(b) of the Bankruptcy Code.

2. This Court has jurisdiction over this Motion pursuant to 28 U.S.C. §§ 1334 and 157. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2). Venue in this district is proper pursuant to 28 U.S.C. § 1409. The statutory predicates for the relief sought herein are §§ 365(a) and 105(a) of the Bankruptcy Code, as complemented by Rules 6006 and 9014 of the Bankruptcy Rules.

3. Since 1991, the Debtor has become a leading name in the hospitality industry, specializing in innovative and high-quality dining experiences. The Debtor now employs over 300 employees in 16 restaurants at the Atlanta airport, operating as a franchisee or licensee with over a dozen different franchisors/licensors in addition to several homegrown concepts.

4. As a party to those multiple franchise or license agreements, including Taco Bell, IHOP, Shane's Rib Shack, Great Wraps, Krispy Kreme Doughnut Corporation and others (the **"Franchise Agreements"**), the Debtor is a lessee or sublessee of multiple nonresidential spaces in the atrium and several concourses at the Hartsfield-Jackson International Airport (the **"Airport"**) as well as storage spaces in the Airport (collectively the **"Leases"**). The lessor of certain of these spaces is the City of Atlanta, or in certain cases, the sublessor of certain of these spaces is Hosts+ATLChefs JV3, LLC or Hosts+ATLChefs JV5, LLC (collectively the **"Landlords"**)

5. The Debtor requires more time to make a fully-informed decision with respect to whether it is in the best interests of the estate to assume or reject the Leases.

6. By this Motion, the Debtor seeks, *inter alia,* the issuance and entry of an order extending its time to assume or reject the Leases.

7. Section 365(d)(4) of the Code provides:

> (4)(A) Subject to subparagraph (B), an unexpired lease of nonresidential real property under which the debtor is the lessee shall be deemed rejected, and the trustee shall immediately surrender that nonresidential real property to the lessor, if the trustee does not assume or reject the unexpired lease by the earlier of—
> (i) the date that is 120 days after the date of the order for relief; or
> (ii) the date of the entry of an order confirming a plan.
> (B)
> (i) The court may extend the period determined under subparagraph (A), prior to the expiration of the 120-day period, for 90 days on the motion of the trustee or lessor for cause.
> (ii) If the court grants an extension under clause (i), the court may grant a subsequent extension only upon prior written consent of the lessor in each instance.

The court, therefore, for cause shown, may extend the period during which the Debtors must assume or reject the Leases by 90 days. The statutory 120-day period expires on July 31, 2025.

8. Thus, the Debtor requests entry of the proposed order annexed hereto as **Exhibit A** (the "**Proposed Order**"), extending the time to assume or reject the Leases until **October 29, 2025**. This represents a 90-day extension as contemplated by section 365(d)(4).

9. Extending the time within which the Debtor may assume or reject the Leases by the 90-day extension period contemplated by section 365(d)(4)(B)(i) will prevent a premature decision regarding those executory contracts. The Debtor submits that this modest period of extension will not unduly prejudice the Landlord(s) while being of great benefit to the Debtor and its estate. As contemplated by the statute, any further extensions will only be requested upon the written consent of the Landlord(s).

## CONCLUSION

**WHEREFORE**, the Debtor respectfully requests entry of the attached order extending its time to assume or reject the Leases up to **October 29, 2025,** and granting the Debtor such other and further relief as this Court deems just and proper.

*Signature on the Following Page*

Dated: June 30, 2025                                  Respectfully submitted,


                                          **KECK LEGAL, LLC**

                                          */s/ Jonathan Clements*
Benjamin R. Keck, Ga. Bar No. 943504
Jonathan Clements, Ga. Bar No. 130051
2801 Buford Highway NE, Suite 115
Atlanta, GA 30329
Tel. (470) 826-6020
bkeck@kecklegal.com
jclements@kecklegal.com
***Counsel for the Debtors***

-4-

<u>**Exhibit A**</u>

**Proposed Order**

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| **In Re:** | **CASE NO. 25-53640-PMB** |
| **GLOBAL CONCESSIONS, INC.,** | **CHAPTER 11** |
| Debtor. | |

**ORDER GRANTING
DEBTOR'S MOTION TO EXTEND DEADLINE
TO ASSUME OR REJECT UNEXPIRED LEASES
<u>OF NON-RESIDENTIAL REAL ESTATE PROPERTY</u>**

This matter is before the Court on Debtor's *Motion to Extend Deadline to Assume or Reject Unexpired Leases of Non-Residential Real Estate Property* (the "**Motion**") by 90 days for the unexpired leases of nonresidential real property located in the Hartsfield-Jackson International Airport

(the "**Leases**"); and it appearing that the relief requested is in the best interests of Debtor's estate and in the best interests of its creditors and other parties in interest; and after due deliberation; it is

ORDERED, that pursuant to Section 365(d)(4) of the Code, the time for Debtor to assume or reject the Leases is hereby extended until **October 29, 2025**.

### ### END OF ORDER ###

**Prepared and presented by:**

**KECK LEGAL, LLC**

*/s/ Jonathan Clements*
Benjamin R. Keck, Ga. Bar No. 943504
Jonathan Clements, Ga. Bar No. 130051
2801 Buford Highway NE, Suite 115
Atlanta, GA 30329
Tel. (470) 826-6020
bkeck@kecklegal.com
jclements@kecklegal.com
*Counsel for the Debtors*

**Distribution List**

KECK LEGAL, LLC
Benjamin R. Keck
2801 Buford Highway NE, Suite 115
Atlanta, GA  30329

Office of the United States Trustee
Attn: Jonathan Adams
Suite 362, Richard B. Russell Building
75 Ted Turner Drive, SW
Atlanta, Georgia 30303

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing motion was filed using the Court's CM/ECF system, which generates an electronic service copy thereof to all parties registered to receive notices thereby, and the parties on the attached matrix by email.

Dated: June 30, 2025               Respectfully Submitted,

                                               **KECK LEGAL, LLC**

                                               */s/ Jonathan Clements*
Benjamin R. Keck, Ga. Bar No. 943504
Jonathan Clements, Ga. Bar No. 130051
2801 Buford Highway, Suite 115
Atlanta, GA 30329
Tel. (470) 826-6020
bkeck@kecklegal.com
jclements@kecklegal.com
***Counsel for the Debtor***

First Horizon Bank
c/o Kevin A. Stine, Esq.
kstine@bakerdonelson.com

First Horizon Bank
c/o Sean B. O'Donovan, Esq.
sodonovan@bakerdonelson.com

City of Atlanta
c/o Michael F. Holbein, Esq.
mholbein@sgrlaw.com

Royal Food Service Co., Inc.
c/o Evan Altman, Esq.
Evan.altman@laslawgroup.com

Hanover Insurance Company
c/o M. Steele Cantey, Esq.
scantey@manierherod.com

Hanover Insurance Company
c/o Melissa J. Lee, Esq.
mlee@manierherod.com

Hanover Insurance Company
c/o Christina Gabriella Buru, Esq.
cburu@manierherod.com

Michael Gaillard and James A. Lucas
c/o Thomas T. McClendon
tmcclendon@joneswalden.com

Host+ATLChefs JV3, LLC and Host+ATLChefs JV5, LLC
c/o Michael Robl
michael@roblgroup.com

Little Green Hen Ventures, LLC
c/o Leslie M. Pineyro
lpineyro@joneswalden.com

Taco Bell Franchisor, LLC
c.o Ashley D. Champion
achampion@polsinelli.com

Committee of Unsecured Creditors
c/o Thomas T. McClendon
tmcclendon@joneswalden.com

U.S. Small Business Administration
c/o Vivieon K. Jones
vivieon.jones@usdoj.gov

U.S. Attorney
vivieon.jones@usdoj.gov

Georgia Office of the Attorney General
**lwinkles@law.ga.gov**

Georgia Dept of Labor
commissioner@gdol.ga.gov

Georgia Department of Revenue
bankruptcy.notices@dor.ga.gov

HMS Host
Derryl.bentam@hmshost.com

Internal Revenue Service
Cheryl.mangham@irs.gov

F&S Mechanical & Plumbing Services, Inc.
accounting@fandsmechanical.com

Eric Sloan
eric.sloan.jr@gmail.com

Performance Food Group
jeremy.taylor2@pfgc.com

AATC
kgreen@aatc.org

PWH Mechanical
theardpwh@aol.com

Thompson Hine
michael.coleman@thompsonhine.com

Bailey International
xwang@bailyatl.com

James Gray LLC
james.gray@georgiamsp.com

Severn Gainer
atfnmg@aol.com

McGriff
dthompson@mcgriff.com

Coca-Cola
tamararochell@ccbco.com

Coffee Beanery
janniferk@coffeebeanery.com

-8-

| | |
|---|---|
| American Express<br>corporatesecretarysoffice@aexp.com | United States Trustee<br>Jonathan.S.Adams@usdoj.gov |
| Cornerstone Insurance<br>oyoung@cprtpa.com | Sysco<br>cynthia.knott@sysco.com |
| Cincinnati Insurance<br>Kerrie.cox@bbrown.com | Navitas<br>servicingadmin@navitascredit.com |
| First Horizon<br>kstine@bakerdonelson.com | |