

**IT IS ORDERED as set forth below:**

**Date: September 8, 2025**

_____
**Paul Baisier
U.S. Bankruptcy Court Judge**

_____

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 25-53640 |
| GLOBAL CONCESSIONS INC., | CHAPTER 11 |
| Debtor. | JUDGE BAISIER |
| CITY OF ATLANTA, | |
| Movant, | |
| v. | CONTESTED MATTER |
| GLOBAL CONCESSIONS INC., | |
| Respondent. | |

## ORDER AND NOTICE OF HYBRID HEARING ON
## CITY OF ATLANTA'S AFFIDAVIT OF DEFAULT AND RESPONSES THERETO

On July 18, 2025, the Court entered a *Consent Order on The City of Atlanta's Emergency Motion to Compel Debtor to Comply with Post-Petition Rent Obligations* (Docket No. 168)(the "Consent Order"). On August 27, 2025, City of Atlanta ("City"), filed an *Affidavit of Default* (Docket No. 216)(the "Default Affidavit"), indicating certain rents payments for June 2025 through August 2025 were paid late by the Debtor. On September 2, 2025, Global Concessions Inc.

("Debtor") filed a *Counter-Affidavit of Default* (Docket No. 224)(the "Debtor's Counter-Affidavit"). On September 4, 2025, City filed a *Response to Debtor's Counter-Affidavit of Default and Request for Hearing and Entry of an Order Lifting the Stay* (Docket No. 227)(the "City's Response"). After review of the Consent Order, Default Affidavit, Debtor's Counter-Affidavit, and City's Response (collectively, the "Matters"), it is hereby

**ORDERED AND NOTICE IS HEREBY GIVEN** that the Court will hold a hearing on the Matters on the **16th day of September, 2025, commencing at 9:30 A.M. in Courtroom 1202, at the Richard B. Russell Federal Building and United States Courthouse, 75 Ted Turner Drive, S.W., Atlanta, Georgia 30303,** which may be attended in person or via the Court's Virtual Hearing Room. You may join the Virtual Hearing Room through the "Dial-in and Virtual Bankruptcy Hearing Information" link at the top of the homepage of the Court's website, www.ganb.uscourts.gov, or the link on the judge's webpage, which can also be found on the Court's website. Please also review the "Hearing Information" tab on the judge's webpage for further information about the hearing. You should be prepared to appear at the hearing via video, but you may leave your camera in the off position until the Court instructs otherwise. Unrepresented persons who do not have video capability may use the telephone dial-in information on the judge's webpage.

Your rights may be affected by the Court's ruling on the Matters. You should read the Matters carefully and discuss the pleadings with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the Court to grant the relief sought in the pleadings or if you want the Court to consider your view, then you and/or your attorney must attend the hearing. You may also file a written response to the Matters with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you

2

served the response. Mail or deliver your response so that it is received by the Clerk before the hearing. The address of the Clerk's Office is Clerk, U. S. Bankruptcy Court, Room 1340, 75 Ted Turner Drive, S.W., Atlanta, GA 30303.

The Clerk's Office is hereby directed to serve a copy of this Order and Notice on Debtor's counsel, counsel for the City, counsel for the Committee of Unsecured Creditors, and the United States Trustee.

**[END OF DOCUMENT]**