**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| **In Re:** | **Chapter 11** |
| **GLOBAL CONCESSIONS, INC.,** | **Case No. 25-53640-PMB** |
| **Debtor.** | |

## AGENDA FOR SEPTEMBER 16, 2025 HEARING

Below is a summary and current status of matters scheduled to be heard by the Court on September 16, 2025 at 9:30 a.m. Eastern Time:

### CONTESTED MATTERS

A. *Emergency Motion to Compel Debtor to Comply with Post-Petition Rent Obligations* filed by the City of Atlanta [Doc. 94]; *Affidavit Regarding Default filed by City of Atlanta* [Doc. 216]; *Response to Debtor's Counter-Affidavit of Default and Request for Hearing and Entry of an Order Lifting the Stay filed by City of Atlanta* [Doc. 227].

Responses filed: *Response to (i) City of Atlanta's Emergency Motion to Compel Debtor to Comply with Post-Petition Rent Obligations and (ii) Host's Motion to Compel Debtor to Comply with Post-Petition Rent Obligations) filed by Thomas T. McClendon on behalf of The Committee of Unsecured Creditors* [Doc. 146]; *Counter-Affidavit of Default* filed by Global Concessions Inc. [Doc. 224].

Related documents: *Consent Order on The City of Atlanta's Emergency Motion to Compel Debtor to Comply with Post-Petition Rent Obligations* [Doc. 168].

Status: This matter will be going forward.

B. *Motion for Relief from Stay or, in the Alternative, for Adequate Protection* filed by Ryder System, Inc. [Doc. 211].

Status: The parties continue to discuss a potential resolution, but this matter may be going forward if a resolution is not reached.

**PLEASE TAKE NOTICE** that the foregoing hearings will take place at **the United States Bankruptcy Court for the Northern District of Georgia, 75 Ted Turner Dr. SW, Courtroom 1202, Atlanta, Georgia 30303,** which may be attended in person or virtually via the Court's Virtual Hearing Room. You may join the Virtual Hearing Room through the "Dial-in and Virtual Bankruptcy Hearing Information" link at the top of the homepage of the Court's website, www.ganb.uscourts.gov, or the Virtual Hearing Room link on Judge Baisier's webpage, which can be found at https://www.ganb.uscourts.gov/content/honorable-paul-m-baisier. Please also review the "Hearing Information" tab on Judge Baisier's webpage for further information about the hearings. You should be prepared to appear at the hearings via video, but you may leave your camera in the off position until the Court instructs otherwise. Unrepresented persons who do not have video capability may use the telephone dial-in information on Judge Baisier's webpage.

Dated: September 15, 2025                    Respectfully submitted,

KECK LEGAL, LLC

*/s/ Benjamin R. Keck*
Benjamin R. Keck, Ga. Bar No. 943504
2801 Buford Highway NE, Suite 115
Atlanta, GA 30329
Tel. (470) 826-6020
bkeck@kecklegal.com
*Counsel for the Debtor*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on September 15, 2025 the foregoing pleading was filed using the Court's electronic CM/ECF system, which generates an electronic service copy thereof to all parties registered to receive notices thereby.

KECK LEGAL, LLC

*/s/ Benjamin R. Keck*
Benjamin R. Keck, Ga. Bar No. 943504
2801 Buford Highway NE, Suite 115
Atlanta, GA 30329
Tel. (470) 826-6020
bkeck@kecklegal.com
*Counsel for the Debtor*