## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| In Re:<br><br>**GLOBAL CONCESSIONS, LLC,**<br><br>Debtor. | **CASE NO. 25-53640-PMB**<br><br>**CHAPTER 11** |

## NOTICE TO CONTRACT PARTIES TO POTENTIALLY ASSUMED EXECUTORY CONTRACTS AND UNEXPIRED LEASES

**YOU ARE RECEIVING THIS NOTICE BECAUSE YOU OR ONE OF YOUR AFFILIATES IS A COUNTERPARTY TO AN EXECUTORY CONTRACT OR UNEXPIRED LEASE WITH THE DEBTOR.**

PLEASE TAKE NOTICE that on October 7, 2025, the United States Bankruptcy Court for the Northern District of Georgia (the "**Court**") entered an Order Granting *Debtor's Motion for an Order (I) Approving Bid Procedures for the Sale of Debtor's Assets, (II) Scheduling Hearings and Objection Deadlines with Respect to the Sale, (III) Scheduling Bid Deadlines and an Auction, (IV) Approving the Form and Manner of Notice Thereof, (V) Approving Contract Assumption and Assignment Procedures, and (VI) Granting Related Relief* [Doc. 242] (the "**Bid Procedures Order**"), authorizing the Debtor to conduct an auction (the "**Auction**") to select the party to purchase the Debtor's assets. The Auction will be governed by the bid procedures (the "**Bid Procedures**") approved pursuant to the Bid Procedures Order (attached as Exhibit 1 to the Bid Procedures Order).

PLEASE TAKE FURTHER NOTICE that, pursuant to the Bid Procedures, the Debtor may assume and assign to the Successful Bidder certain of the Assigned Contracts listed on the Assigned Contracts Schedule, attached hereto as Exhibit 1, to which you are a counterparty, upon approval of the Sale. The Debtor has conducted a review of its books and records and have determined that the cure amount for unpaid monetary obligations under such Assigned Contracts is as set forth on Exhibit 1 attached hereto (the "**Cure Costs**").

PLEASE TAKE FURTHER NOTICE that if you disagree with the proposed Cure Costs, your objection must: (i) be in writing; (ii) comply with the applicable provisions of the Bankruptcy Rules, the Complex Case Procedures, the Bankruptcy Local Rules for the Northern District of Georgia, and any order governing the administration of these chapter 11 cases; (iii) state with specificity the nature of the objection and, if the objection pertains to the proposed Cure Costs, state the cure amount alleged to be owed to the objecting Contract Counterparty, together with any applicable and appropriate documentation in support thereof; and (iv) be filed with the Bankruptcy Court and served so as to be actually received by counsel to the Debtor prior to **October 24, 2025 at 5:00 p.m. (ET)** (the "**Cure Objection Deadline**").

PLEASE TAKE FURTHER NOTICE that if no objection to the Cure Costs is filed by the Cure Objection Deadline, then (i) you will be deemed to have stipulated that the Cure Costs as determined by the Debtor are correct, (ii) you will be forever barred, estopped, and enjoined from asserting any additional cure amount under the proposed assigned Contract.

PLEASE TAKE FURTHER NOTICE that any objection to the proposed Cure Costs in connection with the Successful Bid that otherwise complies with these procedures yet remains unresolved as of the commencement of the Sale Hearing, shall be heard at a later date as may be fixed by the Bankruptcy Court

PLEASE THAT FURTHER NOTICE that, notwithstanding anything herein, the mere listing of any Assigned Contract on the Cure Notice does not require or guarantee that such Assigned Contract will be assumed by the Debtor at any time or assumed and assigned, and all rights of the Debtor and the Successful Bidder with respect to such executory contracts and/or unexpired leases are reserved. Moreover, the Debtor explicitly reserves its rights, in its reasonable discretion, to seek to reject or assume each Assigned Contract pursuant to section 365(a) of the Bankruptcy Code and in accordance with the procedures allowing the Debtor and/or the Successful Bidder, as applicable, to designate any Assigned Contract as either rejected or assumed on a post-closing basis.

PLEASE TAKE FURTHER NOTICE that, nothing herein (i) alters in any way the prepetition nature of the Assigned Contracts or the validity, priority, or amount of any claims of a counterparty to any Assigned Contract against the Debtor that may arise under such Assigned Contract, (ii) creates a postpetition contract or agreement, or (iii) elevates to administrative expense priority any claims of a counterparty to any Assigned Contract against the Debtor that may arise under such Assigned Contract.

[END OF DOCUMENT]

# Exhibit 1

**Assigned Contracts Schedule**

-3-

# Exhibit 1

**Assigned Contracts Schedule**

| Category | Counter Party | Address | Name of Agreement | Date Entered | Type of Agreement | Estimated Cure Amount As of 9/30/2025 | [1] |
|---|---|---|---|---|---|---|---|
| B + F | City of Atlanta | Attn: City Atlanta - DOA P.O. Box 920500 Atlanta GA, 30392-0500 | Agreement for Concourses "B" & "F" Food and Beverage Concessions at Hartsfield-Jackson Atlanta International Airport | 3/12/2012 | Lease | $ 1,916,306.74 | |
| B + F | The Coffee Beanery, Ltd. | 3429 Pierson Place Flushing, MI, 48433 | The Coffee Beanery, LTD. Franchise Agreement | 4/1/2012 | Franchise | $ 5,304.68 | |
| B + F | MillerCoors LLC | 250 South Wacker Drive Chicago, IL, 60606 | Intellectual Property License Agreement | 10/1/2015 | Intellectual Property License | $ - | |
| B + F | Young International Beverage Company, LLC | 2265 Cascade Road SW Atlanta, GA, 30311 | License Agreement | 4/30/2012 | License | $ 9,126.37 | |
| C | City of Atlanta | Attn: City Atlanta - DOA P.O. Box 920500 Atlanta GA, 30392-0500 | Concessions Lease Agreement for Food and Beverage Concessions on Concourse C Midpoint at Hartsfield-Jackson Atlanta International Airport | 9/5/2018 | Lease | $ 2,557,618.14 | |
| C | Little Green Hen Ventures, LLC | 9770 Spine Rd SW Atlanta, GA 30320 | License Agreement | 11/15/2019 | License | $ 9,162.14 | |
| C | Saladworks, LLC | 1001 Conshohocken State Road Conshohocken PA, 19428 | Development Agreement | 8/30/2018 | Development | $ 2,378.99 | |
| C | Boston Beer Corporation d/b/a Hard Seltzer Beverage Company | One Design Center Place, Suite 850, Boston, MA, 02210 | Brewhouse License Agreement | 2/9/2020 | License | $ - | |
| C | Great Wraps, Inc | 57 Executive Park S, Suite 130, Atlanta, GA 30329 | Great Wraps, Inc. Location Franchise Agreement | 3/17/2017 | Franchise | $ 4,542.09 | |
| C | Leeann Chin, Inc. | 3600 American West Boulevard Suite 52 Bloomington, Minneapolis, MN 55431 | License Agreement (C Midpoint) | 9/26/2019 | License | $ 12,876.95 | |
| C | Krispy Kreme Doughnut Corporation | P.O. Box 83 Winston Salem, NC 27102 | Krispy Kreme Doughnut Corporation Franchise Agreement K | 10/16/2019 | Franchise | $ - | [2] |
| Host | Host+ATLCHEFS JV 5,LLC | Attn: HMS Host 6705 Rockledge Drive Bethesda, MD, 20817 | Sublease for Food and Beverage Sales Between HOST+ATLCHEFS JV 5, LLC and Global Concessions, Inc. DBA Shane's Rib Shack at Hartsfield-Jackson Atlanta International Airport | 10/11/2012 | Sublease |  | [3] |
| Host | Host+ATLCHEFS JV 5,LLC | Attn: HMS Host 6705 Rockledge Drive Bethesda, MD, 20817 | Sublease for Food and Beverage Sales between HOST+ATLCHEFS JV 5, LLC and Global Concessions, Inc. DBA International House of Pancakes ("IHOP")/Coffee Beanery at Hartsfield-Jackson Atlanta International Airport | 10/1/2012 | Sublease |  | [3] |
| Host | Host+ATLCHEFS JV 5,LLC | Attn: HMS Host 6705 Rockledge Drive Bethesda, MD, 20817 | Sublease for Food and Beverage Sales Between HOST+ATLCHEFS JV 5, LLC and Global Concessions, Inc. DBA Teriyaki Experience at Hartsfield-Jackson Atlanta International Airport | 10/11/2012 | Sublease | $ 3,212,468.76 | [3] |
| Host | Host+ATLCHEFS JV 3,LLC | Attn: HMS Host 6705 Rockledge Drive Bethesda, MD, 20817 | Sublease for Food and Beverage Sakes between HOST+ATLCHEFS JV 3, LLC and Global Concessions, Inc. DBA Sweet Georgia's Juke Joint at Hartsfield-Jackson Atlanta International Airport | 10/11/2012 | Sublease |  | [3] |
| Host | Host+ATLCHEFS JV 3,LLC | Attn: HMS Host 6705 Rockledge Drive Bethesda, MD, 20817 | Sublease for Food and Beverage Sales Between HOST+ATLCHEFS JV 3, LLC and Global Concessions, Inc. DBA Fresh Healthy Café at Hartsfield-Jackson Atlanta International Airport | 10/11/2012 | Sublease |  | [3] |
| Host (Atrium) | TJ's Franchising, LLC | Attn: Great Wraps 57 Executive Park S, Suite 130 Atlanta GA 30329 | TJ's Franchising, LLC, Location Franchise Agreement | 3/1/2017 | Franchise | $ 1,403.55 | |
| Host (Atrium) | IHOP Restaurants, LLC & IHOP Franchisor, LLC | 10 W. Walnut St. Pasadena, CA, 91103 | IHOP Non-Traditional Multi-Unit Franchise Agreement & Agreement Regarding Renewal of Non-Traditional Franchise | 9/28/2023 | Franchise | $ 4,534.36 | |
| Host (Atrium) | Leeann Chin, Inc. | 3600 American West Boulevard Suite 52 Bloomington, Minneapolis, MN 55431 | License Agreement (Atrium) | 7/12/2023 | License | $ 3,604.35 | |
| Host (C) | Café Fresh Franchising Corp. | Crest Center, PO Box 51071, 8697 Crest Drive Burnaby BC V3N 5B9, Canada | Café Fresh Franchising Corp. Franchise Agreement | 4/1/2012 | Franchise | $ 2,209.65 | |

[1] The cure amounts set forth herein are without prejudice to the Debtor to assert reductions based on setoff or recoupment, and all such rights are expressly reserved.
[2] Any amounts due for delivered product are not included in the cure amount.
[3] Cure amount calculated from pre-petition amounts owed plus post petition amounts through 9/30/25.