**IT IS ORDERED as set forth below:**



**Date: November 14, 2025**

_____
**Paul Baisier
U.S. Bankruptcy Court Judge**

_____

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| IN RE: | | CASE NO. 25-53640 |
|---|---|---|
| **GLOBAL CONCESSIONS INC.,** | | **CHAPTER 11** |
| Debtor. | | **JUDGE BAISIER** |

### ORDER GRANTING DEBTOR'S
### MOTION FOR EXPEDITED HEARING AND NOTICE OF HEARING
### ON DEBTOR'S MOTION FOR APPROVAL OF TRANSITION AGREEMENT

On November 14, 2025, Global Concessions Inc. ("Debtor") filed a *Debtor's Emergency Motion for Approval of Transition Agreement* (Docket No. 310)(the "Motion"), and an *Expedited Motion to Shorten the Notice Period on Motion for Approval of Transition Agreement* (Docket No. 311)(the "Emergency Motion"). After review of the matters, it is hereby

**ORDERED** that the Emergency Motion is **GRANTED**, and the Court will hold a hearing on the Motion on the **18th day of November, 2025, commencing at 9:30 A.M. in Courtroom 1202**, at the Richard B. Russell Federal Building and United States Courthouse, 75 Ted Turner Drive, S.W., Atlanta, Georgia 30303, which may be attended in person or via the Court's

Virtual Hearing Room. You may join the Virtual Hearing Room through the "Dial-in and Virtual Bankruptcy Hearing Information" link at the top of the homepage of the Court's website, www.ganb.uscourts.gov, or the link on the judge's webpage, which can also be found on the Court's website. Please also review the "Hearing Information" tab on the judge's webpage for further information about the hearing. You should be prepared to appear at the hearing via video, but you may leave your camera in the off position until the Court instructs otherwise. Unrepresented persons who do not have video capability may use the telephone dial-in information on the judge's webpage. It is further

**ORDERED** that Debtor's counsel shall serve a copy of this Order and Notice of Hearing by the method or methods (phone call, electronic mail, fax, courier, etc.) that will provide expeditious notice and service to the United States Trustee, OHM Concessions Group, LLC, counsel for OHM Concessions Group, LLC, Paradies Lagardere @ ATL GC363, LLC, counsel for Paradies Lagardere @ ATL GC363, LLC, all of the counterparties to all the contracts and leases to be assumed, all parties on the Limited Service List (Docket No. 198), and any parties that have filed a notice of appearance in this case. Debtor's counsel shall serve a copy of this Order and Notice of Hearing by mail on all other creditors listed on the mailing matrix in this case.  Debtor's counsel is further directed to file a certificate of service setting forth the manner and method of all such service prior to the hearing.

Your rights may be affected by the Court's ruling on the Motion. You should read the Motion carefully and discuss the pleading with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the Court to grant the relief sought in the pleading or if you want the Court to consider your view, then you and/or your attorney must attend the hearing. You may also file a written response to the Motion

with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk before the hearing. The address of the Clerk's Office is Clerk, U. S. Bankruptcy Court, Room 1340, 75 Ted Turner Drive, S.W., Atlanta, GA 30303.

**[END OF DOCUMENT]**