# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| In Re: | CASE NO. 25-53640-PMB |
| GLOBAL CONCESSIONS, INC., | CHAPTER 11 |
| Debtor. | |

## STIPULATION EXTENDING DEADLINE TO ASSUME OR REJECT UNEXPIRED LEASE OF NONRESIDENTIAL REAL PROPERTY

The Debtor is the subtenant under that certain sublease for Space E-F11 in the Hartsfield-Jackson Atlanta International Airport (the "Sublease") by and between Jackmont Hospitality, Inc., and Global Concessions, Inc. (JV), a joint venture organized under the laws of the State of Georgia, as sublandlord and the Debtor as subtenant, which space currently operates as Sojourner's Café on Concourse E.

The Debtor and Jackmont Hospitality, Inc. have agreed to further extend the statutory deadline to assume or reject the Sublease under 11 U.S.C. § 365(d)(4) through and including Friday, November 21, 2025, to facilitate the Debtor's sale process.

Dated: November 14, 2025

SO STIPULATED:

| | |
|---|---|
| */s/ Benjamin R. Keck* | */s/ Morris O. Little Jr.* |
| Benjamin R. Keck, Ga. Bar No. 943504 | Morris O. Little Jr. |
| **KECK LEGAL, LLC** | **TAYLOR DUMA LLP** |
| 2801 Buford Highway NE, Suite 115 | 1600 Parkwood Circle, Suite 200 |
| Atlanta, GA 30329 | Atlanta, GA 30339 |
| (470) 826-6020 | (678) 336-7297 |
| bkeck@kcklegal.com | mlittle@taylorduma.com |
| | |
| *Counsel for Debtor* | *Counsel for Jackmont Hospitality, Inc.* |