**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| In Re: | Chapter 11 |
| **GLOBAL CONCESSIONS, INC.,** | Case No. 25-53640-PMB |
| Debtor. | |

**AGENDA FOR NOVEMBER 18, 2025 HEARING**

Below is a summary and current status of matters scheduled to be heard by the Court on November 18, 2025, at 9:30 a.m. Eastern Time:

**UNCONTESTED MATTERS**

A. *Motion of Ryder System, Inc. for Relief from the Automatic Stay, or, in the Alternative for Adequate Protection Stay* [Docket No. 211]

Response filed: None.

Status: Counsel for Debtor has been in discussions with interested parties regarding resolution of this motion and anticipates being in position to present a consent order.

B. *Motion for Allowance and Payment of Administrative Expense Claim Arising Under 11 U.S.C. § 503(b)(9)* [Docket No. 220]

Responses filed: Debtor's *Response to Movant's Motion for Allowance and Payment of Administrative Expense Claim Arising Under 11 U.S.C. § 503(b)(9)* [Doc. 248]

Status: Counsel for the Debtor has been in discussions with interested parties regarding resolution of this motion and anticipates being in position to present a consent order.

C. *Debtor's Emergency Motion for Approval of Transition Agreement* [Docket No. 310]

Responses filed: None.

Status: This matter will be going forward.

**PLEASE TAKE NOTICE** that the foregoing hearings will take place at **the United States Bankruptcy Court for the Northern District of Georgia, 75 Ted Turner Dr. SW, Courtroom 1202, Atlanta, Georgia 30303,** which may be attended in person or virtually via the Court's Virtual Hearing Room. You may join the Virtual Hearing Room through the "Dial-in and Virtual Bankruptcy Hearing Information" link at the top of the homepage of the Court's website, www.ganb.uscourts.gov, or the Virtual Hearing Room link on Judge Baisier's webpage, which can be found at https://www.ganb.uscourts.gov/content/honorable-paul-m-baisier. Please also review the "Hearing Information" tab on Judge Baisier's webpage for further information about the hearings. You should be prepared to appear at the hearings via video, but you may leave your camera in the off position until the Court instructs otherwise. Unrepresented persons who do not have video capability may use the telephone dial-in information on Judge Baisier's webpage.

Dated: November 17, 2025   Respectfully submitted,

**KECK LEGAL, LLC**

*/s/ Benjamin R. Keck*
Benjamin R. Keck, Ga. Bar No. 943504
AnnaClaire Bowman Ga Bar No. 915184
2801 Buford Hwy NE, Suite 115
Atlanta, GA  30329
(470) 826-6020
bkeck@kecklegal.com
abowman@kecklegal.com
*Attorney for the Debtor*

~ 2 ~

## CERTIFICATE OF SERVICE

I hereby certify that on November 17, 2025 the foregoing pleading was filed using the Court's electronic CM/ECF system, which generates an electronic service copy thereof to all parties registered to receive notices thereby.

**KECK LEGAL, LLC**

*/s/ Benjamin R. Keck*
Benjamin R. Keck, Ga. Bar No. 943504
AnnaClaire Bowman Ga Bar No. 915184
2801 Buford Highway NE, Suite 115
Atlanta, GA 30329
Tel. (470) 826-6020
bkeck@kecklegal.com
abowman@kecklegal.com
*Counsel for the Debtor*