**IT IS ORDERED as set forth below:**



**Date: November 18, 2025**

_____
**Paul Baisier
U.S. Bankruptcy Court Judge**

_____

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| In Re: | CASE NO. 25-53640-PMB |
|---|---|
| GLOBAL CONCESSIONS, INC., | CHAPTER 11 |
| Debtor. | |

### ORDER GRANTING DEBTOR'S EMERGENCY
### MOTION FOR APPROVAL OF TRANSITION AGREEMENT

This matter is before the Court on the *Debtor's Emergency Motion for Approval of Transition Agreement* [Doc. 310] filed on November 14, 2025 (the "**Motion**"). No responses were filed to the Motion. The Court held a hearing on the Motion on November 18, 2025 (the "**Hearing**").

This Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334; and consideration of the Motion and the relief requested therein being a core proceeding under 28 U.S.C. § 157(b); and venue being proper before this Court under 28 U.S.C. §§ 1408 and 1409; and due and sufficient notice of the Motion having been given under the particular circumstances; upon considering representations and arguments of counsel at the Hearing and all other matters of record in this case; and this Court having determined that the relief sought in the Motion is in the best interests of the Debtor's estate, its creditors, and all parties in interest; and after due deliberation thereon; and good and sufficient cause appearing therefor; for the reasons stated on the record at the Hearing.

**IT IS HEREBY ORDERED THAT**:

1. The Motion is GRANTED, on the terms set forth herein.

2. The Debtor is authorized to enter into, perform its obligations, and enforce its rights under the Transition Services Agreement (the "**Transition Agreement**"), a copy of which was attached as **Exhibit A** to the Motion.[1]

3. Notwithstanding any provision in the Bankruptcy Rules to the contrary, this Order shall be effective immediately and enforceable upon its entry.

4. The Court retains jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.

5. Within three business days of entry of this Order, the Debtor's counsel shall cause a copy of this Order to be served by first class mail, postage prepaid, on the Limited Service List [Doc. 198].

### END OF ORDER ##

---

[1] All capitalized terms not defined herein shall have the meanings ascribed to them in the Motion.

Prepared and submitted by:

<u>/s/ *Bejamin R. Keck*</u>
Benjamin R. Keck,
Georgia Bar No. 943504
AnnaClaire Bowman
Georgia Bar No. 915184
2801 Buford Highway NE, Suite 115
Atlanta, GA 30329
T: (470) 826-6020
E: bkeck@kecklegal.com
*Attorney for Debtor*