**IT IS ORDERED as set forth below:**

**Date: August 3, 2026**

**Paul Baisier**
**U.S. Bankruptcy Court Judge**

---

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| **IN RE:**<br><br>**GLOBAL CONCESSIONS INC.,**<br><br>**Debtor.** | **CHAPTER 11**<br><br>**CASE NO. 25-53640-PMB** |

**ORDER AUTHORIZING MOTION TO APPROVE COMPROMISE PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE RULE 9019**

THIS MATTER came before the Court for a hearing on July 29, 2026, at 9:30 a.m. (the "Settlement Hearing") on the *Motion for Order Authorizing Compromise and Settlement Pursuant to Federal Rule of Bankruptcy Procedure 9019* (Doc. No. 473) (the "Motion") filed by the Committee of Unsecured Creditors ("the Committee"), Global Concessions, Inc. ("Debtor"), and the Georgia Department of Revenue (the "DOR" and collectively with the Committee and Debtor, the "Parties") on July 17, 2026. The Motion sought approval of a settlement between the Parties

which will result in the resolution of disputes between those parties regarding the DOR's Administrative Expense Claim[1] and the DOR's claims in the Case as detailed in the Motion.

At the Settlement Hearing, Benjamin Keck appeared on behalf of the Debtor. Tom McClendon appeared on behalf of the Committee. Shawna Staton appeared on behalf of the DOR. Sean O'Donovan appeared on behalf of First Horizon Bank. Max Bowen appeared for Host+ATLChefs JV3, LLC and Host+ATLChefs JV5, LLC. Rodney Atreopersaud appeared on behalf of the Internal Revenue Service. Lynn Harrison appeared on behalf of IHOP Restaurants, LLC and IHOP Franchisor, LLC No party appeared in opposition to the Motion.

Based on the record in this Case, including without limitation the Motion, the representations of counsel at the Settlement Hearing, and there being good cause for the relief sought through the Motion, the Court has determined that the Motion should be granted. Accordingly, it is hereby:

1. **ORDERED** that the Motion is **GRANTED**, and the Settlement Agreement is **APPROVED**.

2. Debtor, the Committee, and the DOR are authorized to enter into the Settlement Agreement and is hereby authorized to take any and all action as necessary to effectuate the terms of the Settlement Agreement.

3. Upon the occurrence of the Effective Date (as such term is defined in the Settlement Agreement), Keck Legal is authorized to disburse to the DOR $932,313.60 of the Escrowed Funds to the DOR in full satisfaction of the Administrative Expense Claim.

4. The DOR shall withdraw the Administrative Expense Claim within five (5) business days from receipt of the Settlement Payment.

5. Upon receipt of the Settlement Payment, the DOR shall have no further claim in this Case (including any claim for $228,111.00 in penalties as asserted in the Administrative Expense Claim) other than the DOR Priority Claim and the DOR

[1] Any capitalized terms not defined herein shall have the meaning ascribed to them in the Settlement Agreement.

Unsecured Claim.

6. Any stay of this Order otherwise provided by the Federal Rules of Bankruptcy Procedure is hereby waived or deemed inapplicable to the relief ordered here.

7. This Court retains exclusive jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

**ORDERED** that Counsel for the Committee shall serve a copy of this order on the parties listed in Debtor's Limited Service List as of August 22, 2025 (Doc. No. 198) and file a certificate of service within three (3) days of service.

**[END OF ORDER]**

*Prepared and Presented by:*

**JONES & WALDEN LLC**
*/s/ Thomas T. McClendon*
Thomas T. McClendon
Georgia Bar No. 431452
699 Piedmont Avenue NE,
Atlanta, Georgia 30308
(404) 564-9300
tmcclendon@joneswalden.com
*Attorney for the Committee*

*Consented to by:*

/s/ *Shawna Y. Staton*
SHAWNA Y. STATON 640220
Assistant Attorney General
40 Capitol Square, S.W.
Atlanta, Georgia 30334-1300
Telephone: (470) 470-7621
Fax: (943) 200-4291
sstaton@law.ga.gov
*Attorney for Georgia Department of Revenue*

*Consented to by:*

**KECK LEGAL, LLC**
By:*/s/ Benjamin R. Keck*
Benjamin R. Keck
Ga. Bar. No. 943504
Keck Legal, LLC
2801 Buford Hwy NE, Suite 115
Atlanta, Georgia 30329
T: (470) 826-6020
bkeck@kecklegal.com
*Attorney for Debtor*